**DISTRICT JUDGE'S CIVIL MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – PHOENIX**

**U.S. District Judge:** Steven P. Logan          **Date:** October 1, 2020

**Case Number:** CV-20-1903-PHX-SPL

**Mi Familia Vota, et al. v. Katie Hobbs**

| **APPEARANCES:** | **Plaintiffs' Counsel** | **Defendant's Counsel** |
|---|---|---|
| | Zoe Salzman | Kara Karlson |
| | Jonathan S. Abady | Dustin Romney |
| | Joshua Bendor | Lin Ley Wilson |
| | John Bonifaz | |
| | Nick Bourland | |
| | Matthew Brinckerhoff | |
| | Gillian Cassell-Stiga | |

**ADDITIONAL APPEARANCES**:
**Brett Johnson and Derek Flint** for: Potential Intervenor
Governor Doug Ducey

**Kory Langhofer and Thomas Basile** for:
Potential Intervenors Republican National Committee and
National Republican Senatorial Committee

**STATUS CONFERENCE HELD:**

Discussion held regarding Plaintiffs' Emergency Motion for Temporary Restraining Order and Preliminary Injunction (Doc. 2).

**IT IS ORDERED** entering the following briefing schedule: The defendant will have until 3:00 p.m. on Friday, October 2, 2020 to file a response, not to exceed 15 pages, to Plaintiffs' Emergency Motion for Temporary Restraining Order and Preliminary Injunction. The plaintiffs shall have until noon on Monday, October 5, 2020 to file a reply, not to exceed 8 pages. To the extent parties wish to intervene, they must follow the same briefing schedule as stated.

**IT IS FURTHER ORDERED** setting Oral Argument on **October 5, 2020 at 3:30 p.m.** Each party will be allowed 15 minutes.

Deputy Clerk: Elaine Garcia
Court Reporters: Elva Cruz-Lauer                    **Start: 3:01 PM**
                                                     **Stop: 3:26 PM**
                                                     **Total: 25 mins**