**STATECRAFT**
LAW · GOVERNMENT · CRISIS MANAGEMENT

649 North Fourth Avenue, First Floor
Phoenix, Arizona 85003
(602) 382-4078

Kory Langhofer, Ariz. Bar No. 024722
kory@statecraftlaw.com
Thomas Basile, Ariz. Bar. No. 031150
tom@statecraftlaw.com

*Attorneys for Proposed Intervenors Republican National Committee and National Republican Senatorial Committee*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Mi Familia Vota, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Katie Hobbs, in her official capacity as the Arizona Secretary of State, <br><br> Defendant. | No. 2:20-cv-01903-SPL <br><br> **NOTICE OF APPEARANCE** |

Notice is hereby given that Kory Langhofer and Thomas Basile of the law firm Statecraft PLLC appear as counsel for Proposed Intervenors Republican National Committee and National Republican Senatorial Committee.

1

DATED this 2nd day of October, 2020.

STATECRAFT PLLC

By: /s/Thomas Basile
Kory Langhofer
Thomas Basile
649 North Fourth Avenue, First Floor
Phoenix, Arizona 85003

*Counsel for Proposed Intervenors Republican National Committee and National Republican Senatorial Committee*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 2, 2020, I caused the foregoing document to be electronically transmitted to the Clerk's Office using the CM/ECF System for Filing, which will send notice of such filing to all registered CM/ECF users.

By: /s/Thomas Basile
Thomas Basile