# Exhibit A

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Mi Familia Vota, *et al.*,<br><br>                    Plaintiffs,<br><br>v.<br><br>Katie Hobbs, in her official capacity as the Arizona Secretary of State,<br><br>                    Defendant. | No. 2:20-cv-01903-SPL<br><br>**DECLARATION OF BRIAN SEITCHIK IN SUPPORT OF REPUBLICAN COMMITTEES' MOTION TO INTERVENE** |

I, Brian Seitchik, state the following based on my personal knowledge:

1. I am over 18 years of age and competent to make this Declaration.

2. I have reviewed and make this Declaration in support of the Motion to Intervene being filed by the Republican National Committee ("RNC") and the National Republican Senatorial Committee ("NRSC" and, together with the RNC, the "Republican Committees").

3. I am the Regional Political Director for the West Region for the RNC. As Regional Political Director for the West Region, I oversee RNC political activities in several states, including Arizona. That role also requires me to remain informed of the political activities of the NRSC and the Arizona Republican Party.

4. The RNC is the national organization of the Republican Party. A critical part of the RNC's mission is to support Republican candidates at all levels—local, state, and national—in elections throughout the country, including in Arizona. The RNC is an

unincorporated organization registered with the Federal Election Commission pursuant to 52 U.S.C. § 30101(14).

5. The NRSC is the Republican Hill committee for the United States Senate, working to elect Republicans to that body. It is registered with the Federal Election Commission as a political party committee.

6. In the 2020 election, the Republican Committees will be supporting a full slate of candidates for local, state, and national offices, up to and including the Office of President. As part of this effort, the Republican Committees engage in voter registration, get-out-the-vote ("GOTV"), Election Day Operations ("EDO") and voter education efforts to encourage and enable their supporters to register and cast effective, valid ballots.

7. The Republican Committees and the Arizona Republican Party have spent substantial resources, worth at least hundreds of thousands of dollars, developing and executing voter registration, GOTV, and EDO plans for Arizona this election cycle.

8. If Arizona's statutory deadline for voter registration is extended, the Republican Committees will be compelled to extend their expensive and labor-intensive voter registration efforts in Arizona, forcing them to expend additional resources or shift existing resources away from other activities designed to encourage voters who have already registered to cast their ballot. Based on the existing efforts and contracts, I estimate that each additional week of additional voter registration will cost the Republican Committees approximately $37,000. The Republican Committees' personnel will also be compelled to expend substantial time and resources developing alternative voter

registration, GOTV, and EDO strategies to account for the new reality and educating voters, volunteers, staff, and contractors regarding the change in Arizona's election rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 2, 2020.

*Brian P. Seitchik*
Brian Seitchik
RNC Regional Political Director