# Exhibit A

### § 16-102. Closing of registrations

A. No elector shall vote in a primary election unless he has been registered to vote prior to midnight of the fiftieth day preceding the date of such primary election.

B. No elector shall be registered to vote between midnight of the fiftieth day preceding a general election and seven o'clock P.M. of the day of such election, except as provided in §§ 16-126 and 16-127.

C. No elector shall vote in a special primary, special general, special recall or other special election unless he has been registered to vote prior to midnight of the fiftieth day preceding the date of such special election.

### § 16-103. Qualified person temporarily absent from state; persons in the service of the United States

A. A qualified person temporarily absent from the state may register by filling out an affidavit of registration which shall be furnished upon application of the registrant by the county recorder of the county in which the registrant has residence pursuant to § 16-593. The registrant shall execute the affidavit of registration before an officer authorized to administer oaths and shall return the affidavit to the county recorder.

B. Any other provisions of law to the contrary notwithstanding, registration for any person in the United States service and the spouse and any dependent of such person if otherwise qualified to vote and actually residing with the person, may be accomplished at any time prior to the five days next preceding a primary or general election.

### § 16-104. Registration in incorporated cities and towns

A. The provisions of this chapter, except as it applies to registration of absent electors, are applicable to cities and towns incorporated under a board of trustees or common council government.

B. In the registration of electors other than absent electors in a city or town incorporated under a board of trustees government or a common council government, the city or town clerk shall have the same duties as to registration as are imposed upon the county recorder by the provisions of this chapter.

### § 16-105. Registration required by city ordinance or charter

The provisions of this chapter do not preclude the registration of electors required by the charter or ordinances of a city or town.

## ARTICLE 2. QUALIFICATIONS FOR VOTING

### § 16-121. Qualified elector defined

A person whose name appears on the register for the last preceding general election and whose registration has not been subsequently canceled, or a person who has registered under a subsequent registration or changed his registration pursuant to § 16-134, 16-135 or 16-136, shall, if he is eighteen years of age and has been a resident of the state fifty days, be deemed a qualified elector for any purpose for which such qualification is required by law, except as provided in §§ 16-126 and 16-127.

### § 16-122. Registration and records prerequisite to voting

No person shall be permitted to vote unless such person's name appears as a qualified elector in both the general county register and in the precinct

B. The arrested juvenile in order to secure release shall give his written promise to appear in juvenile court by signing at least one copy of the written notice prepared by the arresting officer. The officer shall deliver a copy of the notice to the juvenile promising to appear. The officer shall immediately release the person from custody.

C. The juvenile court shall not dispose of a citation for an alcohol offense unless the parent, guardian or custodian of the juvenile appears in court with the juvenile at the time of disposition of the charge.

D. ~~An uncontested~~ A citation for an alcohol offense may be heard in the same manner as traffic citations are heard pursuant to section 8-232.

Approved by the Governor, April 20, 1983.

Filed in the Office of the Secretary of State, April 20, 1983.

---

# ELECTIONS—ELECTORS ELIGIBILITY AND REGISTRATION; SPECIAL DEPUTY REGISTRARS

## CHAPTER 210

## HOUSE BILL 2323

### AN ACT

RELATING TO ELECTIONS AND ELECTORS; PRESCRIBING ELIGIBILITY TO VOTE; PRESCRIBING DEFINITIONS; PROVIDING FOR SPECIAL DEPUTY REGISTRARS WHO ARE DRIVER'S LICENSE EXAMINERS; PRESCRIBING THE SELECTION AND APPOINTMENT PROCEDURE AND QUALIFICATIONS OF SPECIAL DEPUTY REGISTRARS; PRESCRIBING FORM OF VOTER REGISTRATION CANCELLATION FORM; PRESCRIBING DUTY OF THE DEPARTMENT OF TRANSPORTATION TO PROVIDE COUNTY RECORDERS WITH LISTS OF PERSONS WITH ARIZONA DRIVER'S LICENSES; MAKING TECHNICAL AND CONFORMING CHANGES; AMENDING SECTIONS 16-102, 16-111, 16-112, 16-127, 16-132, 16-134 AND 16-155, ARIZONA REVISED STATUTES; REPEALING SECTION 16-166, ARIZONA REVISED STATUTES, AND AMENDING TITLE 16, CHAPTER 1, ARTICLE 5, ARIZONA REVISED STATUTES, BY ADDING A NEW SECTION 16-166.

Be it enacted by the Legislature of the State of Arizona:
Section 1. Section 16-102, Arizona Revised Statutes, is amended to read:
16-102. Eligibility to vote
~~A.~~ No elector shall vote in ~~a primary~~ AN election CALLED PURSUANT TO THE LAWS OF THIS STATE unless ~~he~~ THE ELECTOR has been registered to vote prior to midnight of the fiftieth day preceding the date of ~~such primary~~ THE election, EXCEPT AS PROVIDED IN SECTION 16-127.
~~B. No elector shall be registered to vote between midnight of the fiftieth day preceding a general election and seven o'clock p.m. of the day of such election, except as provided in sections 16-126 and 16-127.~~
~~C. No elector shall vote in a special primary, special general, special recall or other special election unless he has been registered to vote prior to midnight of the fiftieth day preceding the date of such special election.~~

ELECTIONS—QUALIFICATIONS OF ELECTORS;
SPECIAL DISTRICT ELECTIONS; BALLOTS

CHAPTER 320

HOUSE BILL 2362

AN ACT

RELATING TO ELECTIONS AND ELECTORS; PRESCRIBING APPLICABILITY OF CERTAIN STATUTES; PRESCRIBING ELIGIBILITY TO VOTE; PRESCRIBING DEFINITION OF QUALIFIED ELECTOR; PROVIDING THAT PERSON'S NAME MUST APPEAR ON CERTAIN LIST TO BE PERMITTED TO VOTE; PRESCRIBING EXPANDED DEFINITION OF CERTAIN CRIMINAL OFFENSE; PRESCRIBING SPECIAL DISTRICT ELECTION DATES AND CALLS FOR ELECTIONS; PROVIDING FOR NONPARTISAN ELECTIONS; PRESCRIBING TIME PERIODS, FORMS, PROCEDURES AND REQUIREMENTS FOR CERTAIN NOMINATION PAPERS AND PETITIONS; PRESCRIBING CERTAIN DUTY OF COUNTY SCHOOL SUPERINTENDENT; PROVIDING FOR PAYMENT OF COSTS OF SPECIAL DISTRICT ELECTION; PRESCRIBING DUTIES OF GOVERNING BOARDS OF SPECIAL DISTRICTS; PRESCRIBING DUTIES OF BOARDS OF SUPERVISORS; PROVIDING FOR ROTATION AND ARRANGEMENT OF PRESIDENTIAL ELECTOR NAMES ON BALLOT; PRESCRIBING APPOINTMENT OF ELECTION WORKERS AND TALLY BOARDS IN NONPARTISAN ELECTIONS; PROVIDING THAT POLLS SHALL BE OPEN FOR THE SAME TIME PERIOD FOR ALL ELECTIONS; PROVIDING FOR CERTAIN AFFIDAVIT FOR POTENTIAL VOTER IN SPECIAL DISTRICT ELECTION; PRESCRIBING EXPANDED GROUNDS FOR CHALLENGING AN ELECTOR; PROVIDING FOR CANVASS OF ELECTIONS; PRESCRIBING ENFORCEMENT OF SPECIAL DISTRICT ELECTIONS BY COUNTY ATTORNEY OR ATTORNEY GENERAL; PRESCRIBING DEFINITIONS; MAKING TECHNICAL AND CONFORMING CHANGES; AMENDING TITLE 16, CHAPTER 1, ARTICLE 1, ARIZONA REVISED STATUTES, BY ADDING SECTION 16-100; TRANSFERRING AND RENUMBERING SECTION 16-102, ARIZONA REVISED STATUTES, FOR PLACEMENT IN TITLE 16, CHAPTER 1, ARTICLE 2, ARIZONA REVISED STATUTES, AS SECTION 16-120; AMENDING SECTION 16-120, ARIZONA REVISED STATUTES, AS TRANSFERRED AND RENUMBERED; AMENDING SECTIONS 16-121 AND 16-122, ARIZONA REVISED STATUTES; REPEALING SECTION 16-123, ARIZONA REVISED STATUTES; AMENDING SECTION 16-182, ARIZONA REVISED STATUTES; AMENDING TITLE 16, CHAPTER 2, ARTICLE 3, ARIZONA REVISED STATUTES, BY ADDING SECTIONS 16-225 THROUGH 16-229; AMENDING SECTIONS 16-311, 16-312, 16-314, 16-321 AND 16-322, ARIZONA REVISED STATUTES; AMENDING TITLE 16, CHAPTER 4, ARTICLE 1, ARIZONA REVISED STATUTES, BY ADDING SECTION 16-408; AMENDING TITLE 16, CHAPTER 4, ARTICLE 2, ARIZONA REVISED STATUTES, BY ADDING SECTION 16-413; AMENDING SECTIONS 16-464, 16-465, 16-503, 16-509, 16-510 AND 16-511, ARIZONA REVISED STATUTES; REPEALING SECTION 16-531, ARIZONA REVISED STATUTES, AS AMENDED BY LAWS 1984, CHAPTER 368, SECTION 7; AMENDING SECTION 16-531, ARIZONA REVISED STATUTES, AS AMENDED BY LAWS 1984, CHAPTER 214, SECTION 15, AND AMENDING SECTIONS 16-565, 16-579, 16-591, 16-592, 16-642, 16-646 AND 16-1021, ARIZONA REVISED STATUTES.

Be it enacted by the Legislature of the State of Arizona:
    Section 1. Title 16, chapter 1, article 1, Arizona Revised Statutes, is amended by adding section 16-100, to read:
    16-100. Applicability
    A. EXCEPT AS PROVIDED BY SUBSECTION B AND EXCEPT WHERE DIFFERENT ELECTION PROCEDURES OR PROVISIONS ARE SET FORTH BY STATUTE, THE PROVISIONS OF THIS TITLE APPLY TO ALL ELECTIONS IN THIS STATE.
    B. THE PROVISIONS OF THIS TITLE APPLY TO ALL ELECTIONS HELD PURSUANT TO TITLE 48, CHAPTERS 5, 6, 8, 9, 10 AND 13 THROUGH 16, NOTWITHSTANDING ANY CONFLICTING ELECTION PROCEDURES OR PROVISIONS IN SUCH CHAPTERS.
    Sec. 2. Section 16-102, Arizona Revised Statutes, is transferred and renumbered for placement in title 16, chapter 1, article 2, Arizona Revised Statutes, as section 16-120.

deletions by strikeouts                                               1113

Sec. 3. Section 16-120, as transferred and renumbered by section 1 of this act, is amended to read:
16-120. Eligibility to vote
No elector shall vote in an election called pursuant to the laws of this state unless the elector has been registered to vote AS A RESIDENT WITHIN THE BOUNDARIES OR THE PROPOSED BOUNDARIES OF THE ELECTION DISTRICT FOR WHICH THE ELECTION IS BEING CONDUCTED prior to midnight of the fiftieth day preceding the date of the election, except as provided in section 16-127.

Sec. 4. Section 16-121, Arizona Revised Statutes, is amended to read:
16-121. Qualified elector defined
A person ~~whose name appears on the register for the last preceding general election and whose registration has not been subsequently cancelled, or a person~~ who has PROPERLY registered TO VOTE ~~under a subsequent registration or changed his registration pursuant to section 16-135, 16-136 or 16-137,~~ shall, if he is AT LEAST eighteen years of age ~~and has been a resident of the state fifty days~~, be deemed a qualified elector for any purpose for which such qualification is required by law, except as provided in sections 16-126 and 16-127.

Sec. 5. Section 16-122, Arizona Revised Statutes, is amended to read:
16-122. Registration and records prerequisite to voting
No person shall be permitted to vote unless such person's name appears as a qualified elector in both the general county register and in the precinct register or list of the precinct AND ELECTION DISTRICTS OR PROPOSED ELECTION DISTRICTS in which such person resides, except as provided in sections 16-125 and 16-584.

Sec. 6. Repeal
Section 16-123, Arizona Revised Statutes, is repealed.

Sec. 7. Section 16-182, Arizona Revised Statutes, is amended to read:
16-182. False registration; classification; cancellation of registration
A. A person who knowingly causes, procures or allows himself to be registered as an elector of any county, city, town, DISTRICT or precinct, knowing that he is not entitled to such registration, or a person who knowingly causes or procures another person to be registered as an elector of any county, city, town, DISTRICT or precinct, knowing that such other person is not entitled to such registration, or an officer who knowingly enters the name of any person not entitled to registration upon the register or roll of electors, is guilty of a class 6 felony.
B. If on the trial of a person charged with an offense under this section, it appears that the accused is registered as an elector of any county, city, town or precinct, without being qualified for such registration, the court shall order his registration canceled.

Sec. 8. Title 16, chapter 2, article 3, Arizona Revised Statutes, is amended by adding sections 16-225 through 16-229, to read:
16-225. Special district election dates
A. NO SPECIAL DISTRICT AS DESCRIBED IN TITLE 48 SHALL HOLD ANY ELECTION EXCEPT ON THE FOURTH TUESDAY IN FEBRUARY, THE SECOND TUESDAY IN JUNE OR THE SECOND TUESDAY IN OCTOBER IN ODD-NUMBERED YEARS, OR THE FOURTH TUESDAY IN FEBRUARY, THE SECOND TUESDAY IN JUNE OR THE FIRST TUESDAY AFTER THE FIRST MONDAY IN NOVEMBER OF EVEN-NUMBERED YEARS.
B. THE BOARD OF SUPERVISORS OF THE COUNTY IN WHICH THE SPECIAL DISTRICT OR GREATER PART THEREOF IS LOCATED SHALL CALL THE ELECTION FOR THE FORMATION OF SPECIAL DISTRICTS IN ACCORDANCE WITH SUBSECTION A.
C. THE GOVERNING BODY OF A SPECIAL DISTRICT SHALL CALL ALL OTHER ELECTIONS FOR THE DISTRICT IN ACCORDANCE WITH SUBSECTION A AND SHALL NOTIFY THE BOARD OF SUPERVISORS OF THE COUNTY IN WHICH THE SPECIAL DISTRICT OR

1990 Ariz. Legis. Serv. 321 (West)

ARIZONA 1990 LEGISLATIVE SERVICE

Thirty-Ninth Legislature, Second Regular Session

Additions are indicated by <<+ Text +>>; deletions by

<<- Text ->>. Changes in tables are made but not highlighted.

CHAPTER 321

H.B. 2074
ELECTIONS AND ELECTORS—QUALIFICATIONS AND ELIGIBILITY

AN ACT RELATING TO ELECTIONS AND ELECTORS; PRESCRIBING THE QUALIFICATIONS OF VOTERS, REGISTRANTS AND ELECTORS FOR CERTAIN CITY, TOWN, COUNTY, STATE, SCHOOL AND FIRE DISTRICT ELECTIONS; REPEALING PROVISIONS RELATING TO VOTING ELIGIBILITY OF NEW RESIDENTS; PROVIDING FOR APPLICABILITY TO RUN–OFF ELECTIONS; PRESCRIBING RETURN OF REGISTRATIONS; PRESCRIBING REQUIREMENTS RELATING TO PRECINCT REGISTERS; PRESCRIBING DUTIES OF THE COUNTY RECORDER RELATING TO VOTER REGISTRATION, THE COUNTING OF REGISTERED VOTERS AND THE PREPARATION OF A LIST OF REGISTERED VOTERS; PRESCRIBING DUTIES OF THE SECRETARY OF STATE RELATING TO VOTER REGISTRATION; PRESCRIBING GROUNDS FOR CHALLENGING AN ELECTOR; MAKING TECHNICAL AND CONFORMING CHANGES; AMENDING SECTIONS 9–822, 11–137, 15–401, 15–403, 16–101, 16–120, 16–121, 16–125, 16–134, 16–152, 16–163, 16–168, 16–591 AND 48–802, ARIZONA REVISED STATUTES, AND REPEALING SECTION 16–127, ARIZONA REVISED STATUTES.

Be it enacted by the Legislature of the State of Arizona:

Section 1. Section 9–822, Arizona Revised Statutes, is amended to read:

AZ ST § 9–822

§ 9–822. Qualifications of voters

A. Except as provided in subsection B of this section, no person is entitled to vote at an election in a city or town who has not resided in the city or town for <<-fifty->> <<+twenty-nine+>> days preceding the election and who is not a qualified elector as defined in section 16–121.

B. Any person who has resided for at least <<-fifty->> <<+twenty-nine+>> days preceding an election in an area annexed at least <<- thirty->> <<+twenty-nine+>> days prior to such election by a city or town shall be entitled to vote at any such city or town election, provided he is a qualified elector as defined in section 16–121.

Sec. 2. Section 11–137, Arizona Revised Statutes, is amended to read:

AZ ST § 11–137

§ 11–137. Election on formation of new counties

A. The secretary of state shall call a special election in the affected county or counties for the approval or disapproval of the proposed new county or counties. The election shall be held on the eighth Tuesday following the issuance of the commission's report under section 11–136, subsection <<- D->> <<+F+>>, except that an election shall not be held between January 1 and the general election date in a year in which the president of the United States is elected.

**B.** The notice of the election shall:

1. State that the proposal is to establish:

(a) A new county or counties according to the determination of and terms and conditions prescribed by the commission in its report.

(b) A county distribution board to determine and accomplish the division of and payment for the property of the affected county or counties as provided in section 11-143.

2. State the boundaries of the proposed county or counties.

3. State that, if the proposed county or counties are approved, the county names and county seats will be determined pursuant to section 11-141 and that county officers will be chosen at the next regular primary and general elections for county officers pursuant to section 11-140.

4. Designate the date of the election.

5. Designate the election precincts and places where the polls will be open as established by the board of supervisors of each affected county and the secretary of state under subsection G of this section.

6. Name the election officers of the several precincts.

**C.** The notice of the election shall be published at least twice in a newspaper of general circulation in each of the affected counties.

**D.** The secretary of state shall cause to be printed and at least ten days before the election shall mail to each registered voter household in each affected county a publicity pamphlet containing the notice of election prescribed by this section, a sample election ballot and the summary of the commission's report prepared pursuant to section 11-136, subsection <<- D->> <<+F +>>. Not later than forty days before the election a person may file with the secretary of state an argument, not exceeding two hundred words in length, advocating or opposing the formation of the proposed new county or counties. Each argument must be signed by the person, or the officers of the organization, sponsoring it and accompanied by a fee of two hundred dollars. The person or persons signing the argument shall identify themselves by giving their residence or post office address. The publicity pamphlet shall include each argument so filed.

**E.** The ballot shall state "shall new counties be established from existing _____ (county or counties) as prescribed in the report of the county formation commission, including the establishment of a distribution board to estimate taxes to be levied for the distribution of county assets, liabilities and records?" followed by spaces designated "yes" and "no" in which the voter may indicate his vote for or against the proposition. Except as otherwise provided and <<-so->> <<+as+>> far as practicable, the secretary of state shall conduct the election and canvass the returns in the same manner as general elections. If there is only one affected county and as is otherwise practicable, the secretary of state may delegate election responsibilities under this section as he deems appropriate to the board of supervisors.

**F.** Registered voters are entitled to vote in the election. Any person eligible to register who is not registered may register with the county recorder up to <<-fifty->> <<+twenty-nine+>> days before the election.

**G.** If necessary for purposes of the election, the secretary of state may order the board of supervisors of an affected county to change the boundaries of election precincts in its county to conform to the boundary between proposed counties. If the precinct boundaries are changed, the secretary of state shall notify the attorney general to initiate proceedings to determine compliance with applicable federal laws under section 11-139, and the election date may be postponed accordingly.

**H.** On the second Monday following the election the secretary of state shall canvass the returns. The proposition to form the new counties is approved only if a majority of the votes cast in each proposed new county favors the proposition.

**I.** the secretary of state shall immediately make an order declaring the result and transmit copies of the order to the clerk of the board of supervisors of each affected county, the governor, the attorney general, the president of the senate, the speaker of the house of representatives and each legislator whose district is in an affected county.

Sec. 3. Section 15-401, Arizona Revised Statutes, is amended to read:

AZ ST § 15-401

§ 15-401. Qualifications of school electors; school district registers; challenge; tally lists

**A.** A person who is a qualified elector of this state under section 16-121 and who resides in a precinct in the boundaries of the school district <<- fifty->> <<+twenty-nine+>> days immediately preceding the election is qualified to vote at an election of

the school district in the precinct in which he resides. For the purposes of this title, the term "qualified school elector", "qualified elector", "school elector" or "elector" shall have the qualifications prescribed in this subsection.

B. All school elections shall be conducted by use of school district precinct registers and in the manner as provided in sections 16–579, 16–580 and 16–584. A person offering to vote may be challenged, and the election officers shall thereupon have the powers and duties of general election officers.

C. The forms for the tally list shall be furnished by the county board of supervisors, and the tally lists must be completed and returned to the county school superintendent and shall be kept by him for not less than five years.

Sec. 4. Section 15–403, Arizona Revised Statutes, is amended to read:

AZ ST § 15–403

§ 15–403. Special election; notice; qualifications of voters; closing of registrations; election precincts; polling places

A. The county school superintendent shall cause notices of a special election to be posted at least ninety days previous to the date of the election. The notices shall be posted in at least three public places in the school district. One notice shall be posted at the school if there is one.

B. The notices shall specify the day and the polling places of the special election and the time the polls will be open.

C. If the county school superintendent fails to give notice as provided in subsections A and B of this section, any two qualified electors who reside within the district may give similar notice of the special election at least seventy-five days prior to the special election.

D. A person is not entitled to vote at a special election or an election held at a time and place other than a general election in a school district who has not resided in a precinct in the boundaries of the school district for <<- fifty->> <<+twenty-nine+>> days preceding the election, who is not qualified to register to vote as provided in section 16–101 and who has not registered to vote prior to midnight of the <<-fiftieth->> <<+twenty-ninth+>> day preceding the date of the election.

E. The governing board of a school district shall establish school district election precincts that have the same boundaries as the county election precincts as provided in section 16–411 and designate one polling place within each precinct, except that the governing board of a union high school district may divide a county election precinct along the boundaries of common school districts within the boundaries of the union high school district and establish polling places within each common school district. In those cases where a school district boundary bisects a county election precinct, that portion of the election precinct that is within the school district shall be the school district election precinct. The governing board may consolidate school district election precincts if it deems it necessary for each special election and designate one polling place for the election precincts which it consolidates. If school district election precincts are consolidated, a school district precinct register shall be prepared for the consolidated precinct. Upon a specific finding of the board, included in the order or resolution designating polling places pursuant to this subsection, that no suitable polling place is available within a precinct of the school district, a polling place for such precinct may be designated within an adjacent precinct. The adjacent precinct need not be within the school district. Any such polling places shall be listed in a separate section of the order or resolution.

F. All special elections <<+which are+>> called either by the county school superintendent or the governing board of a school district <<+and+>> which are held at a time other than the general election shall be conducted by the use of school district precinct registers.

Sec. 5. Section 16–101, Arizona Revised Statutes, is amended to read:

AZ ST § 16–101

§ 16–101. Qualifications of registrant

Every resident of the state is qualified to register to vote if he:

1. Is a citizen of the United States.

2. Will be eighteen years of age or more <<-prior to->> <<+on or before the date of the+>> regular general election next following his registration.

3. Will have been a resident of the state <<-fifty->> <<+twenty-nine+>> days next preceding the election, except as provided in <<- sections->> <<+section+>> 16–126 <<-and 16–127->>.

4. Is able to write his name or make his mark, unless prevented from so doing by physical disability.
5. Has not been convicted of treason or a felony, unless restored to civil rights.
6. Is not under guardianship, non compos mentis or insane.

Sec. 6. Section 16–120, Arizona Revised Statutes, is amended to read:

AZ ST § 16–120

§ 16–120. Eligibility to vote

No elector shall vote in an election called pursuant to the laws of this state unless the elector has been registered to vote as a resident within the boundaries or the proposed boundaries of the election district for which the election is being conducted prior to midnight of the <<-fiftieth->> <<+ twenty-ninth+>> day preceding the date of the election<<-, except as provided in section 16–127->>.

Sec. 7. Section 16–121, Arizona Revised Statutes, is amended to read:

AZ ST § 16–121

§ 16–121. Qualified elector defined

A person who has properly registered to vote shall, if he is at least eighteen years of age <<+on or before the date of the election+>>, be deemed a qualified elector for any purpose for which such qualification is required by law, except as provided in <<-sections->> <<+section+>> 16–126 <<-and 16–127->>.

Sec. 8. Section 16–125, Arizona Revised Statutes, is amended to read:

AZ ST § 16–125

§ 16–125. Change of residence to different precinct during twenty-nine day period preceding election

A registered elector who removes from one precinct to another during the <<- fifty->> <<+twenty-nine+>> day period preceding either a primary<<+,+>> <<-or->> general <<+or runoff+>> election is deemed to be a resident and registered elector of the precinct from which he removed until the day after the primary<<+,+>> <<-or->> general <<+or runoff+>> election, whichever applies.

AZ ST § 16–127 Repealed

**Sec. 9. Repeal**

Section 16–127, Arizona Revised Statutes, is repealed.

Sec. 10. Section 16–134, Arizona Revised Statutes, is amended to read:

AZ ST § 16–134

§ 16–134. Return of registrations, affidavits, books or pads made outside office of county recorder; punishment

A. Any <<-other->> provision of law to the contrary notwithstanding, the county recorder, justices of the peace, and deputy registrars may register qualified persons at such hours of the day or night and at such places within the county as they deem necessary or advisable.

B. A person who has authority to register qualified persons outside the office of the county recorder shall promptly return or mail each completed registration within five days of the date of registration to the county recorder of the county in which the registrant resides, except that each completed registration in the possession of a justice of the peace or a deputy registrar at midnight of the <<-fiftieth->> <<+twenty-ninth+>> day preceding the date of the election as provided in section <<-16–102->> <<+16–120+>> shall be returned to the county recorder within forty-eight hours, excluding Saturdays, Sundays and holidays.

1991 Ariz. Legis. Serv. Ch. 310 (S.B. 1390) (West)

ARIZONA 1991 LEGISLATIVE SERVICE

Fourtieth Legislature, First Regular Session

Additions are indicated by <<+ Text +>>; deletions by

<<- Text ->>. Changes in tables are made but not highlighted.

CHAPTER 310

S.B. 1390
ELECTIONS—REGISTRATION

AN ACT AMENDING SECTIONS 16–111, 16–112, 16–120 AND 16–131, ARIZONA REVISED STATUTES; REPEALING SECTIONS 16–132 AND 16–133, ARIZONA REVISED STATUTES; AMENDING SECTIONS 16–134, 16–135, 16–136, 16–137, 16–138, 16–139, 16–151 AND 16–152, ARIZONA REVISED STATUTES; REPEALING SECTIONS 16–153 AND 16–154, ARIZONA REVISED STATUTES; AMENDING SECTIONS 16–161, 16–163 AND 16–165, ARIZONA REVISED STATUTES; REPEALING SECTIONS 16–166 AND 16–167, ARIZONA REVISED STATUTES; AMENDING TITLE 16, CHAPTER 1, ARTICLE 5, ARIZONA REVISED STATUTES, BY ADDING A NEW SECTION 16–166; AMENDING SECTION 16–168, ARIZONA REVISED STATUTES, AS AMENDED BY LAWS 1990, CHAPTER 321, SECTION 13; AMENDING SECTIONS 16–183, 16–542, 16–544 AND 16–550, ARIZONA REVISED STATUTES; AMENDING TITLE 16, CHAPTER 4, ARTICLE 9, BY ADDING SECTION 16–583; AMENDING SECTION 36–305, ARIZONA REVISED STATUTES; RELATING TO ELECTIONS.

Be it enacted by the Legislature of the State of Arizona:

Section 1. Section 16–111, Arizona Revised Statutes, is amended to read:

<< AZ ST § 16–111 >>

§ 16–111. Definitions

For the purposes of this article, unless the context otherwise requires:
1. "Applicant" means a person who applies for a driver's license.
2. "Driver's license" means <<-an operator's or chauffeur's->> <<+any class of driver's+>> license or a nonoperating identification license issued by the motor vehicle division of the department of transportation.
3. "Driver's license examiner" means an employee of the motor vehicle division of the department of transportation who is authorized to examine applicants for driver's licenses.
<<-4. "Special deputy registrar" means a driver's license examiner duly qualified and appointed pursuant to section 16–132 to register persons to vote in elections in this state.->>
Sec. 2. Section 16–112, Arizona Revised Statutes, is amended to read:

<< AZ ST § 16–112 >>

§ 16–112. Driver's license voter registration

A. Every person <<+who is+>> applying for a driver's license <<+or renewal+>> and who is otherwise qualified to register to vote shall, at the same time and place, be permitted to register to vote by completing an affidavit that conforms to section 16–152. <<+A registration form shall be included for a person who is applying for a driver's license renewal by mail.+>>

**B.** The director of the department of transportation and the secretary of state shall, after consultation with all county recorders, adopt <<-regulations->> <<+rules+>> to implement a system permitting driver's license applicants to register to vote at the same time and place as they apply for driver's licenses. Such <<-regulations->> <<+rules+>> shall:

1. Bring the license application and voter registration application forms into substantial conformity.

<<-2. Permit the appointment of driver's license examiners as special deputy registrars.->>

<<-3.->> <<+2.+>> Permit the transfer of driver's license application, including renewal and change of address, and voter registration information from the department of transportation to the voter registration rolls.

<<-4.->> <<+3.+>> Respect all <<-regulations->> <<+rules+>> and statutes of this state concerning the confidentiality of driver's license application information.

<<-C. Every county recorder shall appoint, pursuant to section 16–132, such driver's license examiners as special deputy registrars as may be requested by the director of the department of transportation. Once so appointed, such special deputy registrars shall not receive compensation additional to that received for performance of their duties as driver's license examiners.->>

<<-D. This section does not apply to a person renewing a driver's license by mail.->>

Sec. 3. Section 16–120, Arizona Revised Statutes, is amended to read:

<< AZ ST § 16–120 >>

§ 16–120. Eligibility to vote

No elector shall vote in an election called pursuant to the laws of this state unless the elector has been registered to vote as a resident within the boundaries or the proposed boundaries of the election district for which the election is being conducted <<+and the registration has been received by the county recorder or his designee pursuant to section 16–134+>> prior to midnight of the twenty-ninth day preceding the date of the election.

Sec. 4. Section 16–131, Arizona Revised Statutes, is amended to read:

<< AZ ST § 16–131 >>

§ 16–131. Registration of electors; deputy registrars

**A.** The county recorder, a justice of the peace or a deputy registrar shall <<-register->> <<+supply+>>, without charge <<-and in accordance with the applicable provisions of this title->>, <<+a registration form to+>> any qualified person <<-who presents himself for that purpose->> <<+requesting registration information+>>.

<<-B. A voter receipt shall be given to each registrant at the time he is registered to vote.->>

<<+B. The county recorder shall distribute registration forms at locations throughout the county such as government offices, public libraries and other locations open to the general public.+>>

<<+C. Information regarding the qualifications necessary to register to vote, registration deadlines for qualifying to vote at an election, penalties for false registration and locations where additional voter registration information may be obtained shall be attached to or distributed with the registration form.+>>

<<+D. A county recorder may appoint deputy registrars to assist in distributing registration forms, to assist in registering voters and to accept completed registration forms. A deputy registrar shall be a qualified elector and shall serve without pay.+>>

<< Repealed: AZ ST §§ 16–132, 16–133 >>

**Sec. 5. Repeal**

Sections 16–132 and 16–133, Arizona Revised Statutes, are repealed.

Sec. 6. Section 16–134, Arizona Revised Statutes, is amended to read:

<< AZ ST § 16–134 >>

§ 16–134. Return of registrations made outside office of county recorder; incomplete or illegible forms

2017 Ariz. Legis. Serv. Ch. 262 (S.B. 1307) (WEST)

ARIZONA 2017 LEGISLATIVE SERVICE

First Regular Session of the Fifty-Third Legislature

Additions are indicated by **Text**; deletions by
Text .
Vetoes are indicated by Text ;
stricken material by Text .

CHAPTER 262
S.B. 1307
ELECTIONS—REGISTRATION OF VOTERS—BOUNDARIES

AN ACT AMENDING SECTIONS 16–120 AND 16–344, ARIZONA
REVISED STATUTES; RELATING TO ELECTIONS AND ELECTORS.

Be it enacted by the Legislature of the State of Arizona:

Section 1. Section 16–120, Arizona Revised Statutes, is amended to read:

<< AZ ST § 16–120 >>

### § 16–120. Eligibility to vote

A. No **An** elector shall **not** vote in an election called pursuant to the laws of this state unless the elector has been registered to vote as a resident within the boundaries or the proposed boundaries of the election district for which the election is being conducted and the registration has been received by the county recorder or his **the recorder's** designee pursuant to section 16–134 prior to **before** midnight of the twenty-ninth day preceding the date of the election.

**B. If the twenty-ninth day preceding the date of the election falls on a Saturday, Sunday or other legal holiday, voter registrations that are received on the next business day immediately following the Saturday, Sunday or other legal holiday are deemed to have been timely received for purposes of voting in that election.**

Sec. 2. Section 16–344, Arizona Revised Statutes, is amended to read:

<< AZ ST § 16–344 >>

### § 16–344. Office of presidential elector; appointment by state committee chairman

A. The chairman of the state committee of a political party which **that** is qualified for representation on an official party ballot at the primary election and accorded a column on the general election ballot shall appoint candidates for the office of presidential elector equal to the number of United States senators and representatives in Congress from this state and shall file for each candidate with the secretary of state, not less **not more** than ninety **ten** days or more than one hundred twenty days before **after** the primary election, by 5:00 p.m. On the last day for filing:

1. A nomination paper giving the candidate's actual residence address or description of place of residence and post office address, naming the party of which the candidate desires to become a candidate, stating his candidacy for the office of presidential elector, stating the exact manner in which the candidate desires to have his name printed on the official ballot pursuant to section 16–311, subsection G, and stating the date of the general election at which he desires to become a candidate.

2. An affidavit including facts sufficient to show that the candidate resides in this state and will be qualified at the time of the election to hold the office of presidential elector.

**B.** The nomination paper and affidavit of qualification pursuant to subsection A of this section shall be printed in a form prescribed by the secretary of state.

Approved by the Governor, May 2, 2017.
Filed in the Office of the Secretary of State, May 2, 2017.

**End of Document** © 2020 Thomson Reuters. No claim to original U.S. Government Works.