# Exhibit C

Kara Karlson (029407)
Linley Wilson (027040)
2005 North Central Avenue
Phoenix, AZ 85004-1592
Telephone (602) 542-4951
kara.karlson@azag.gov
linley.wilson@azag.gov
adminlaw@azag.gov

*Attorneys for Defendant*
*Arizona Secretary of State Katie Hobbs*

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mi Familia Vota, *et al*,<br><br>        Plaintiffs,<br><br>v.<br><br>Katie Hobbs, in her official capacity as Arizona Secretary of State,<br><br>        Defendant. | No: CV-20-01903-PHX-SPL<br><br>**DECLARATION OF ARIZONA STATE ELECTIONS DIRECTOR SAMBO (BO) DUL** |

I, Sambo (Bo) Dul, declare under the penalty of perjury as follows:

1.      My name is Bo Dul. I am a resident of the State of Arizona, over the age of 18 years, and if called to testify in court or other proceeding, I have personal knowledge of the facts stated in this declaration and can competently testify to their truth.

2.      I am the State Elections Director for Arizona, employed at the Arizona Secretary of State's Office ("Secretary").

3.      This year, the Secretary has taken multiple steps to facilitate voter registration, including additional steps to enable voters to register to vote in light of the COVID-19 pandemic.

1        4.    For example, ServiceArizona was updated to allow voters with

2   nonstandard addresses to register online. Previously, if an individual had a nonstandard

3   address that could not be validated through the address validation application, as many

4   in tribal reservations and rural areas do, the individual had to register by using a paper

5   form.   The Secretary facilitated the implementation of a technical upgrade to

6   ServiceArizona that allows registrants to opt to input a description of residence,

7   latitude/longitude, or Google Plus Code for their residence location if they do not have a

8   standard USPS-recognized address.

9        5.    The Secretary created a unique URL pilot program to allow the recognized

10   political parties and nonpartisan civic engagement organizations like Plaintiffs to

11   conduct online voter registration drives and track/identify voters who register through

12   the organization's unique URL.

13        6.    The Secretary also included two voter registration forms in the Arizona

14   2020 General Election Publicity Pamphlet ("Publicity Pamphlet").   The Publicity

15   Pamphlet is posted on the Secretary's official website and mailed to households that

16   contain a registered voter. *See* A.R.S. § 19-123. The Publicity Pamphlets were mailed

17   well in advance of the October 5, 2020, voter registration deadline.

18        7.    The Secretary purchased advertisements promoting voter registration in

19   the Navajo Times, Navajo Hopi Observer, and Apache Moccasin, and paid for the

20   insertion of state voter registration forms in those publications when the advertisements

21   ran.   The distribution areas for these publications include Coconino, Apache, Navajo,

22   and Graham Counties.   About 24,000 voter registration forms were inserted and

23   distributed in total.

24        8.    The Secretary developed detailed procedures and trained staff to provide

25   voter registration assistance to Arizonans who call 1-877-THE-VOTE, including

26   implementing procedures starting September 22nd, which provide assistance in initiating

27   the submission of a voter registration form by the October 5th deadline for eligible

28   registrants who cannot use ServiceArizona because they lack an Arizona Driver's

2

License or identification card and do not have a printer and cannot otherwise obtain a paper form in time to submit it by the deadline. In such circumstances, the Secretary's staff would offer to fill out a paper form at the direction of the voter, sign on the assister line (box 24 on the state voter registration form), date stamp the voter registration form and mail the original to the County Recorder, and mail the carbon copy and a black and white copy to the voter, along with a stamped envelope addressed to the County Recorder with instructions for the voter to sign the copy and mail the signed copy to the County Recorder in order to complete their registration pursuant to A.R.S. § 16-134(B). These internal procedures and the form cover letter that is sent to the voter with the registration form are attached to this Declaration as Exhibit A.

9. The Secretary has been in engaged in and will continue to implement a statewide paid media campaign that includes print, radio, and digital ads promoting voter registration, including information about the October 5th registration deadline.

10. The most recent data compiled by Elections Division staff regarding voter registration reflects the following. The number of active voters with an original registration date between January 1, 2020 and October 1, 2020 is 389,284. This represents the most accurate assessment of new registrants who registered to vote this year. The total number of active voters in the statewide voter registration database as of October 1, 2020, is 4,160,915, which represents an increase of 234,266 since January 1, 2020. The total number of active registered voters as of October 1, 2020 exceeds the number of active registered voters as of the voter registration deadline for the 2016 general election (3,588,466) by approximately half a million registrants.

11. On Voter Registration Day alone (September 22, 2020), 40,294 Arizonans registered to vote or updated their voter registration online through ServiceArizona or during an online transaction through the Motor Vehicle Department. And approximately 4,730 Arizonans either updated their registrations or registered to vote that day by submitting paper registration forms.

1  12. While the Secretary acknowledges that COVID-19 has created burdens for
2 Arizonans, including with respect to voter registration, she is concerned that this last-
3 minute change will lead to administration problems for elections officials and may cause
4 voter confusion.

5  13. Some of the potential administrative issues Plaintiffs' request for
6 emergency relief could cause are foreseeable, even though county elections officials
7 have not been named to this lawsuit.  For example, Plaintiffs' requested relief imagines
8 that all county officials will be able to process voter registration forms that arrive *during*
9 the early voting period, when counties must shift resources to operating early voting
10 locations and ensuring voters who have requested a ballot-by-mail receive one.  This
11 may pose a significant burden on counties as they have limited staff (especially during
12 this time).

13  14. Finally, the Secretary and other election officials have designed official
14 correspondence (like the Publicity Pamphlet) and advertisements, all of which inform
15 voters of the October 5 voter registration deadline.  The Secretary does not have the time
16 or the resources to print new materials with a new voter registration deadline, and it is
17 doubtful that new materials could be designed, printed, and mailed to voters in time to
18 notify them of the new deadline.  Official correspondence with voters with conflicting
19 voter registration deadlines, or official correspondence at odds with what is reported by
20 media outlets or stated by other organizations, is likely to cause voter confusion.

21  DATED this 2nd day of October, 2020.

22

23

24           _____

25         Bo Dul, Arizona State Elections Director

26

27

28

4

# Exhibit A



# Voter Registration Assistance Procedures

General Election – November 03, 2020

Arizona Secretary of State's Office

# Table of Contents

I.     Background ........................................................................................................................... 3

II.    Purpose ................................................................................................................................ 3

III.   Process Overview ................................................................................................................ 4

IV.   Voter Registration Assistance Procedures .......................................................................... 5

       Step 1: Eligibility Screening ................................................................................................ 5

       Step 2: ServiceArizona Screening ....................................................................................... 5

       Step 3: Mailed VR Form Screening .................................................................................... 6

       Step 4: Assistance with Completion of Paper VR Form & Initial Submission ................... 7

       Completing the Arizona Voter Registration Form ............................................................. 8

       Step 4A: Registrant's full name ........................................................................................... 8

       Step 4B: Registrant's residential address ............................................................................ 8

       Step 4C: Registrant's mailing address ................................................................................. 9

       Step 4D: Registrant's SSN .................................................................................................. 9

       Step 4E: Registrant's AZ DLN/IDN .................................................................................. 9

       Step 4F: Tribal ID/Citizenship/Naturalization ............................................................. 9-10

       Step 4G: Registrant's DOB ............................................................................................... 10

       Step 4H: Registrant's telephone number/email address ................................................... 10

       Step 4I: US Citizenship/Age Eligibility ........................................................................... 11

       Step 4K: Signature of Person Assisting ............................................................................ 11

       Step 5: Instructions for Completing Registration/Becoming an Active Reg. Voter .............. 11

       Step 6: Post-Call Instructions ........................................................................................... 13

       Step 6A: Date Stamping and Scanning Forms .................................................................. 13

       Step 6B: Emailing Images to Counties ............................................................................. 13

       Step 6C: Mailing Next Step Instructions .......................................................................... 13

       Step 6D: Mailing Forms to Counties ................................................................................ 13

       Step 6E: Logging Calls ..................................................................................................... 14

       Step 6F: Follow Up ........................................................................................................... 14

**AZSOS Voter Registration Assistance Procedures**
**General Election – November 3, 2020**

## I. Background

There are two main ways to register to vote in Arizona: 1) by completing a paper voter registration form and returning it to a County Recorder's office or 2) online through ServiceArizona.

This year, however, COVID-19 has made registering to vote difficult for certain Arizona residents. Civic engagement and other third-party groups have been forced to abandon traditional in-person voter registration drives, which have historically been successful in registering voters from marginalized communities, including Arizonans residing on Native American reservations. Online voter registration may also be unavailable to these communities due to lack of internet access and/or lack of an Arizona driver's license or non-operating ID card (AZDL/ID). Though tribal ID is an acceptable form of proof of U.S. citizenship for voter registration purposes, an AZDL/ID is necessary to register online using ServiceArizona due to the system's reliance on MVD records for validation and pulling a signature clip.

Therefore, pre-existing socioeconomic challenges, coupled with ongoing public health restrictions, have made it difficult for many Native Americans in Arizona to register to vote by the October 5, 2020 registration deadline for the November 3, 2020 General Election. Tribal community stakeholders and civic engagement organizations have requested that the Secretary of State's Office provide temporary assistance to Arizonans facing these challenges to voter registration.

## II. Purpose

To offer eligible Arizonans who: (1) do not have an AZDL/ID; and/or (2) otherwise would not be able to submit a completed voter registration application by the October 5, 2020 deadline the opportunity to ***initiate*** a voter registration application submission ***by the deadline*** through by calling the Secretary of State's Office at 1-877-THE-VOTE.

Arizonans who receive assistance initiating a registration application are required to take one of the following additional steps to complete their registration:

1) Mailing a signed copy of their registration form to their County Recorder by Election Day and prior to attempting to vote;
2) Going in-person to their County Recorder's office to submit a signed copy of their registration form (or otherwise provide a signature to complete their registration) by Election Day and prior to attempting to vote;
3) Going to an in-person early voting location, presenting valid voter ID, and voting and signing the provisional ballot envelope or a registration form at the early voting location to complete their registration and ensure their ballot can be counted; or
4) Going to an appropriate voting location on Election Day (either the voter's assigned polling place based on their residential address, or, if their county uses vote centers, any

vote center in the county), presenting valid voter ID, and voting and signing the provisional ballot envelope or a registration form at the voting location in order to complete their voter registration and ensure their ballot can be counted.

## III. Process Overview

Arizonans with questions about or needing assistance with voter registration may call the Secretary of State's Office at 1-877-THE-VOTE.

The Secretary of State's Office will answer callers' questions regarding voter registration and conduct thorough screening of callers requesting assistance with submitting a voter registration application:

1) All eligible registrants with an AZDL/ID and access to the internet shall be directed to ServiceArizona and, if needed, provided assistance with completing their online registration.
2) If it is at least 21 days before the voter registration deadline or the registrant requests it, all eligible registrants who do not have an AZDL/ID shall be offered the option to have a paper voter registration form mailed to them with a postage pre-paid return envelope addressed to the correct County Recorder. Alternatively, those with internet access and a printer may be directed to the link for downloading an Arizona Voter Registration Form.
3) Assistance with completing a paper form and initial submission of the form without a registrant's signature shall be provided <u>only</u> to qualified individuals who:
   - lack an AZDL/ID or internet access and therefore cannot register using ServiceArizona; and
   - cannot register to vote using a paper voter registration form because they lack access to postal services to mail their completed form to their County Recorder or there is insufficient time for the Secretary of State's Office to mail a paper form to the individual in time for it to be received and returned before the voter registration deadline (10/05/2020).

**AZSOS telephone operators should adhere to the following procedures to ensure:**

1) Callers needing assistance are properly screened and directed to ServiceArizona or mailed a paper registration or provided the link to download a paper registration form for their own completion/return whenever possible;
2) Registrants unable to use ServiceArizona or unable to receive, complete, and return a paper registration form on their own will receive proper assistance with completion and initial submission of a paper registration form, and:
   a. The registration form will be promptly transmitted to the appropriate County Recorder's Office; and
   b. The registrant receives information on the additional steps necessary to complete their registration and be able to vote.

## IV. Voter Registration Assistance Procedures

> ❖ If a caller requires *language assistance* in a language other than Spanish, try to obtain the caller's name, telephone number, and language preference, and immediately forward that information to Jason Chavez (jchavez@azsos.gov) and Donovan Carr (dcarr@azsos.gov).

### Step 1: Eligibility Screening

When an operator receives a request to assist with voter registration, the operator must first confirm the following information with the potential registrants:

1. Are you currently registered to vote in your county of residence?
   a. If already registered in their current county, ask whether the registrant needs to complete an address update. If so, follow the same procedures below.
   b. If registered in another state, inform them that they should contact the voter registration office in their previous state of residence to cancel their former registration.
   c. If unsure, search for an existing record at Arizona.Vote or in the Arizona Voter Information Database (AVID).
2. Are you a citizen of the U.S.?
3. Will you have been a resident of Arizona for 29 days prior to the next election?
   a. "Resident" means an individual who has actual physical presence in this state combined with an intent to remain (A.R.S. § 16-101).
4. Will you be 18 years old on or before November 3, 2020?
5. Ask the registrant if they have not been convicted of a felony (or have had their civil rights restored) and have not been adjudicated incapacitated by a court with their civil rights revoked.
   a. For a first-time felony conviction, civil rights are automatically restored upon completion of a person's sentence and payment of any restitution.
   b. If a caller has additional questions about the status of their civil rights, recommend that they contact the clerk of the Superior Court for the county where they were convicted. Contact information is available here: https://www.azcourts.gov/AZ-Courts/Superior-Court.

If the person answers **_No_** to 2, 3, 4, or 5, then the person is not eligible to register to vote and we should not help them complete a voter registration.

If they answer **_Yes_** to all eligibility questions, proceed to ServiceArizona screening questions.

### Step 2: ServiceArizona Screening

1. Do you have internet access and an AZDL/ID?
   a. Explain that online registration is the recommended option and provide instructions for accessing ServiceArizona. Offer to stay on the line to assist with completing the ServiceArizona registration.

2. Do you have an AZDL/ID but no internet access?
    a. Proceed to Mailed VR Form Screening. <u>Do not</u> offer to help submit an application through ServiceArizona using information the registrant provides over the phone.

If no AZDL/ID, proceed to Mailed VR Form Screening.

<span style="background-color: #fce4a6">**Step 3: VR Form Screening**</span>

Eligible registrants who do not have an AZDL/ID cannot register using ServiceArizona. Due to the curtailed opportunities for in-person voter registration caused by COVID-19, the Secretary of State's Office will offer the following options for paper registration form assistance to these individuals to help ensure they can register by the October 5, 2020 registration deadline.

1. If the registrant has access to internet and a printer, inform the registrant that the paper registration form **may be downloaded** from the Secretary of State's website at https://azsos.gov/sites/default/files/2020_Printable_VR_Form.pdf. Offer to email the registrant the link to download the form or a PDF attachment of the form and answer any questions regarding completing and submitting the form.

2. If it is September 14, 2020 or earlier (at least 21 days before the October 5, 2020 voter registration deadline), and the registrant lacks access to internet/printer or otherwise requests a mailed form, or the registrant specifically requests it, **offer to mail a paper registration form** with a postage pre-paid return envelope, addressed to the appropriate County Recorder.
    a. Confirm the name and address to which the form should be mailed, and let the individual know to expect the form in the mail and immediately complete, sign, and mail or otherwise return the completed form to their County Recorder's Office.
    b. Confirm which county the registrant resides in and write that County Recorder's address in the "To" field on the registration form, and place a stamp on the form before mailing it to the registrant.
    c. If the caller returns the registration form by mail, the completed registration form must be:
        i. Postmarked by the deadline (October 5, 2020) and received by the County Recorder by 7:00 p.m. on Election Day; or
        ii. Dated on or before the deadline and received by the County Recorder no later than 5 days after the deadline.

3. As a last resort, if it is later than September 14, 2020 or the registrant indicates they would otherwise not be able to access, complete, and return the form to their County Recorder by the registration deadline, **offer to help the registrant <u>start</u> their voter registration over the phone**.
    a. Inform the registrant that this is the **<u>first step</u>** in the process. The operator will walk through the form with the registrant to collect necessary information, fill out the form as much as possible, and then transmit the form to the appropriate

County Recorder on the registrant's behalf. However, because the registrant is not there to sign the form, the registrant must subsequently take one of the following additional steps to complete their registration and become an active registered voter:

    i. Mailing a signed copy of their registration form to their County Recorder by Election Day and prior to attempting to vote;

    ii. Going in-person to their County Recorder's office to submit a signed copy of their registration form (or otherwise provide a signature to complete their registration) by Election Day and prior to attempting to vote;

    iii. Going to an in-person early voting location, presenting valid voter ID, and voting and signing the early ballot affidavit or a registration form at the early voting location to complete their registration and ensure their ballot can be counted; or

    iv. Going to an appropriate voting location on Election Day (either the voter's assigned polling place based on their residential address, or, if their county uses vote centers, any vote center in the county), presenting valid voter ID, and voting and signing the provisional ballot envelope or a registration form at the voting location in order to complete their voter registration and ensure their ballot can be counted.

If mailing a registration form or providing the link or emailed PDF of the form is not an option and the registrant needs assistance completing and submitting a paper form, proceed to Step 4 below. Before proceeding to Step 4, operators should confirm they have the person's first and last name and a call-back number in case the call is disconnected. If you are tele-working, you will need to transfer the call to the in-office team member(s) assigned to this task.

*Transferring calls*: In Cisco Finesse, select "Direct Transfer" and a keypad will appear for you transfer a call. Type in the number you are transferring the call to and select "Transfer."



**Step 4: Assistance with Completion of Paper VR Form & Initial Submission**

In-office operators should confirm once again that neither ServiceArizona nor downloading/mailing a paper form to the registrant is an option, and then offer to assist the registrant in starting their voter registration over the phone. To begin the voter registration process, operators should write the registrant's information onto a blank paper registration form. The form must be coded with the Secretary of State's designed form code.

*Note to Telephone Operators*: According to the Elections Procedures Manual, a voter registration form must contain at least the registrant's name, residential address or location, date of birth, signature, and an answer of "yes" or another affirmation to the question "Are you a citizen of the United States of America" to be considered valid and complete. Operators should collect required information first. Then, operators should inform the registrant that the form includes additional optional questions.

- Operators should encourage the registrant to provide responses to the optional questions to ensure as complete a record as possible. If the registrant provides this information (e.g., political party preference, occupation, etc.), the operator should note the registrant's responses in the appropriate blanks.
- If the registrant chooses to sign up for the Permanent Early Voting List in BOX 1, make sure to inform them that they **SHOULD NOT** expect to receive a ballot by mail for this election unless they provide a signed voter registration form to their County Recorder by October 23, 2020 (11 days before Election Day).
  - Explain that if they do submit a signed registration form by 11 days before the election and receive a ballot in the mail, their voted ballot must be **received** by county election officials 7:00 p.m. on Election Day and they should contact their County Recorder's Office to learn about available drop-off options.

**Completing the Arizona Voter Registration Form:**

***Step 4A:*** Enter the registrant's FULL NAME in BOX 2 of the voter registration form.

| 2 ✱ Last Name / Apellido | First Name / Nombre | Middle Name / Segundo Nombre | Jr./Sr./III |
|---|---|---|---|
| | | | |

***Step 4B:*** Enter the registrant's RESIDENTIAL ADDRESS in BOXES 3-6 of the voter registration form.

| 3 ✱ Residential Address (where you live – no P.O. Box/business address) / Domicilio Residencial (donde usted vive – no use un apartado postal ni dirección comercial) If no street address, describe location using mileage, cross streets, parcel #, subdivision name/lot, or landmarks. Draw a map and/or provide latitude/longitude or geocode in Box 23 if located in a rural area without a traditional street address. / Si no cuenta con un domicilio de calle, describa la ubicación usando millaje, cruceros de calles, núm. de parcela, nombre de lote/ subdivisión, o detalles específicos de referencia. Dibuje un mapa y/o provea la latitud/longitud o código geográfico en la casilla 23 si está ubicado en un área rural sin domicilio tradicional de calles. |
|---|

| 4 ✱ Apt./Unit/Space Apto/Unidad/Espacio | 5 ✱ City / Ciudad | 6 ✱ Zip / Código Postal |
|---|---|---|
| | | |

If the registrant does not have a standard or "traditional" address (i.e., street name and house number), then they must provide a description of their residence, a Google "Plus Code," or their

latitude/longitude coordinates for their residence location. A P.O. box or business address are not considered acceptable residential addresses for voter registration.

- *Description of residence* may be used for locations that do not contain a standard USPS-recognized house number and street name.

  Examples: 2 miles northeast of the AZ-99 exit on US-190 *or* House 27 behind HOPI TRIBAL HEADQUARTERS

  Collect as much information about the location of the caller's residence (e.g., route/highway number and milepost, community/village name, etc.) as you can document. DO NOT refuse to accept a residential address description. The AZ SOS does not have the authority to deem a residential address description insufficient. If you have additional questions, follow up with Jason Chavez or your supervisor following the call.

- A *Google "Plus Code"* is a unique series of letters and numbers used to identify the approximate location of a residence that does not have a standard or "traditional" address (i.e., House Number and Street Name).

  Examples: FW27+FG *or* 8559CWX2+9V

- *Latitude/Longitude* are used to measure the coordinates of a location based on a system of imaginary lines that run east-west and north-south across the Earth's surface, respectively.

  Examples: 33.448437,-112.096438 *or* 33.448437, .8682739666667

***Step 4C:*** Enter the registrant's <mark>MAILING ADDRESS</mark> in <mark>BOX 7</mark> if they did not provide a standard or "traditional address" OR if they have their mail delivered to a place other than their residential address. Be sure to also include the city and zip code where they receive mail.



***Step 4D:*** Enter the registrant's <mark>LAST 4 DIGITS OF SOCIAL SECURITY #</mark> in <mark>BOX 8</mark> if the registrant has a social security number. If the registrant does not have a social security number, Box 8 can be left blank.



***Step 4E:*** To be eligible to vote a "full ballot" in Arizona, registrants must provide documentary proof of U.S. citizenship (DPOC). An Arizona driver's license or non-operating identification card number may be used as DPOC. If you have already confirmed that the registrant does not have access to the internet and a printer and that they do not have sufficient time to receive and

return a voter registration form by mail, then you may document their valid <mark>AZ DRIVER LICENSE or NONOPERATING LICENSE #</mark> in <mark>BOX 9</mark>, if the caller has one.



***Step 4F:*** Besides an Arizona driver's license or non-operating identification card, the other acceptable forms of DPOC include a copy of a birth certificate, a copy of US passport, a tribal ID number, or naturalization documents. If applicable, enter the registrant's <mark>TRIBAL ID #</mark> in <mark>BOX 10</mark> or <mark>CITIZENSHIP/NATURALIZATION #</mark> in <mark>BOX 11</mark> of the voter registration form.



- A tribal ID number may include any of the following:
  - o Indian Census Number
  - o Bureau of Indian Affairs Number
  - o Tribal Treaty Card Number
  - o Tribal Enrollment Number

  It is not necessary to document the name of the tribe or other issuing agency as these numbers are presumed valid and are not verified against any database.

- If the registrant provides neither an Arizona driver's license or non-operating ID in Box #9 nor Tribal ID # in Box 10 or Citizenship/Naturalization # in Box 11, inform the registrant that they can submit the following to their County Recorder as DPOC:
  - o Legible copy of a birth certificate that verifies citizenship. If the name on the birth certificate is not the same as your current legal name, submit supporting documents (e.g. marriage certificate).
  - o Legible copy of the pertinent passport pages.

Inform the registrant that if they **do not provide DPOC**, upon completing their voter registration, they will only be eligible to vote a "**Federal Only**" ballot, which includes only federal races and no state or local races or ballot measures. Voters have until 5:00 p.m. on the Thursday before the Election to provide DPOC in order to qualify to vote a full ballot.

***Step 4G:*** Enter the registrant's <mark>DATE OF BIRTH</mark> in <mark>BOX 12</mark> of the voter registration form.

***Step 4H:*** Enter the registrant's <mark>TELEPHONE NUMBER</mark> in <mark>BOX 15</mark> and <mark>EMAIL ADDRESS</mark> in <mark>BOX 21</mark>. While this information is not required for a complete registration, due to the process being used and the fact that the registrant's form will be initially submitted without a signature, it is crucial that election officials have complete contact information for follow-up purposes (see Step 6F). You can assure the registrant that this information will only be used for any communications from the AZSOS or the County Recorder's Office regarding their voter registration.

***Step 4I:*** Ask the registrant the following two questions related to <mark>US citizenship</mark> and <mark>age-eligibility</mark> and then document their responses in <mark>BOX 22</mark> of the voter registration form.

1) *Are you a citizen of the United States of America?*
2) *Will you be at least 18 years old by Election Day?*



*Note to Telephone Operators:* Even though you asked these questions at the beginning, you must confirm them for this part of the form.

***Step 4J:*** Go through the remaining questions on the registration form and enter any information provided by registrant. Let the registrant know these questions are not required, but the AZSOS strongly encourages completing them so the registration record is as complete as possible.

- o Box 1: PEVL sign up
- o Box 13: State or Country of Birth
- o Box 14: Party Preference
- o Box 16: Occupation
- o Box 17: If registered in another state, address of prior registration
- o Box 18: Former name
- o Box 19: Father's name or mother's maiden name
- o Box 20: Willing to serve as a poll worker?

***Step 4K:*** After you have documented the required information and any optional information the registrant wishes to include, you should also inform them that **executing a false registration is a class 6 felony** and then read the contents of the form back to the registrant to confirm the information was documented correctly. Since you, as the operator, completed the registrant's form at the registrant's direction, you must <mark>SIGN YOUR NAME</mark> and <mark>DATE</mark> the voter registration form in <mark>BOX 24</mark> as the "person providing assistance." Inform the registrant of this requirement and that you will be signing the form as the assister.

**IMPORTANT**: <u>DO NOT</u> end the call after you have finished inputting the registrant's information on to the voter registration form. Continue to the next section.

<span style="background-color: #f5d27c">**Step 5: Instructions for Completing Registration/Becoming an Active Registered Voter**</span>

After you have documented the required information and signed on the assister line, you must reiterate to the registrant that they have only **<u>initiated</u>** their voter registration, which will help ensure they meet the voter registration deadline, but their <span style="color:red">**VOTER REGISTRATION IS NOT COMPLETE**</span> and they will not be an active registered voter without a SIGNATURE.

The registrant must complete one of the following additional steps by 7:00 p.m. on Election Day (11/3/2020) to be registered as an "Active" voter and to have their General Election ballot counted:

1) Mailing a signed copy of their registration form to their County Recorder by Election Day and prior to attempting to vote;
2) Going in-person to their County Recorder's office to submit a signed copy of their registration form (or otherwise provide a signature to complete their registration) by Election Day and prior to attempting to vote;
3) Going to an in-person early voting location, presenting valid voter ID, and voting and signing the early ballot affidavit or a registration form at the early voting location to complete their registration and ensure their ballot can be counted; or
4) Going to an appropriate voting location on Election Day (either the voter's assigned polling place based on their residential address, or, if their county uses vote centers, any vote center in the county), presenting valid voter ID, and voting and signing the provisional ballot envelope or a registration form at the voting location in order to complete their voter registration and ensure their ballot can be counted.

Once you have completed Steps 4 and 5, you may thank the registrant for their time and for allowing you to assist them in starting their voter registration process and conclude the phone call.

**Step 6: Post-Call Instructions**

***Step 6A:*** Immediately following the phone call, you should complete Step 4I (if you did not do so prior), then <mark>DATE STAMP</mark> the voter registration form and <mark>SCAN and SAVE</mark> a copy into the folder labeled "Phone Voter Registrations" located in *Shares(S:) – Divisions - Elections – 2020 General Election*. Files should be renamed to "*YYYY MMDD [County] [Registrant Last Name] [VR]*" (e.g., 2020 0827 Maricopa Chavez VR). Upload a copy to the county's SharePoint link.

***Step 6B:*** <mark>EMAIL</mark> a link to a secure file share containing the scanned form to the designated contact(s) in the appropriate County Recorder's office using the following script:

> *Dear County Recorder's Office,*
>
> *Available at the link below is a Voter Registration form submitted on behalf of [REGISTRANT NAME] [REGISTRANT TELEPHONE/EMAIL ADDRESS] by the Arizona Secretary of State's Office.*
>
> o *[INSERT FILES SHARE LINK]*
>
> *We are forwarding the form to your office for appropriate action and the original form will be mailed. Please do not hesitate to contact our office if you have any questions or concerns.*
>
> *Thank you for your continued partnership.*
>
> *Sincerely,*

Be sure to CC outreach@azsos.gov in your message. Please send these emails as you process forms. If you are experiencing a high volume of calls, we should send an email at a minimum once in the morning, once in the afternoon, and once at the end of the day.

***Step 6C:*** <mark>MAIL</mark> the following to the registrant:

- the carbon (photo) copy of the completed but unsigned voter registration form,
- a black and white copy of the form, with the signature box (in BOX 22) highlighted,
- the "Next Steps Instructions" document (*Teams – Elections Division – Voter Registration – 2020 0911 VR Hotline-Next Step Instructions*),
- a list of acceptable voter identification, and
- a postage-paid return envelope to the registrant's mailing address.

You may also send electronic copies by EMAIL if an email address was provided and the registrant <u>consented</u> to receive a copy of their form via email.

***Step 6D:*** <mark>MAIL</mark> the original voter registration form to the appropriate county recorder's office. Be sure to also include the appropriate county cover letter found in the "Phone Voter Registrations" folder.

*Note to Telephone Operators:* Outgoing mail should be placed at the reception desk by 2:30 p.m. each day.

***Step 6E:*** Finally, LOG the phone call using the Teams Form. You should document the date of assistance, registrant's name, mailing address, contact information, county of residence, and confirm that you have completed Steps 6A, 6B, 6C, and 6D above.

***Step 6F:*** Within 10 business days of the phone call, AZSOS staff will attempt to contact the registrant by phone or email to confirm receipt of the "Next Step Instructions." If a signature has not been provided to their County Recorder at the time of this follow-up call, staff should remind the registrant of their options to remedy their registration status as listed in the Next Step Instructions:

- **Option 1**: Mail a signed copy of your voter registration form to your County Recorder's office. We enclosed a carbon (color) copy of your unsigned voter registration form and a black & white copy in the letter we sent you.
    - Sign your name in the highlighted box on the black & white copy, and then mail (or deliver, see Option 2 below) the signed form to your County Recorder's office. We have included a stamped return envelope, addressed to your County Recorder, that you can use to mail in your signed form. We encourage you to sign and mail back this form **immediately** upon receiving this letter.
    - Keep the carbon (color) copy for your records. We also encourage taking this document with you, as proof of your timely registration, when you go to vote. Please also remember to bring proper voter identification (ID) when you go to vote.

- **Option 2**: Go to your County Recorder's office and complete and sign a voter registration form. You can bring the enclosed copy of your form or fill out a new form, but let staff know that you submitted an initial registration form by the registration deadline, and now are providing a signature to complete your registration.
    - Again, keep the carbon (color) copy for your records, and bring it with you, along with valid voter ID, when you go to vote.

- **Option 3**: Go to an early voting location in your county and complete and sign a voter registration form. You can bring the enclosed copy of your form or fill out a new form, but let the election worker know that you submitted an initial registration form by the registration deadline, and now are providing a signature to complete your registration.
    - You may also request to vote an early ballot at the early voting location; however, you should be prepared to provide valid voter identification.
    - Contact your County Recorder's office for details about early voting locations.

- **Option 4**: Go to an appropriate voting location in your county on Election Day – November 03, 2020, and either complete and sign a voter registration form (bring the enclosed copy of your form or fill out a new form), or vote a provisional ballot and sign

the provisional ballot envelope. You will also be required to provide valid voter identification.

- o Contact your County Recorder or Elections Department in advance to confirm available voting locations and whether you must go to a specific voting location based on your residence location.



**KATIE HOBBS**
SECRETARY OF STATE

[DATE], 2020

Dear Constituent:

You recently received assistance from our office in starting the voter registration process. However, your voter registration is **NOT COMPLETE**, and you will not be an "*Active*" registered voter without first providing a **SIGNATURE** to your County Recorder. You must do one of the following as soon as possible, and by 7:00 p.m. on Election Day (November 3, 2020), to complete your voter registration:

- **OPTION 1**: Mail a signed copy of your voter registration form to your County Recorder's office. We have enclosed a carbon (color) copy of your unsigned voter registration form and a black & white copy.
    - Sign your name in the highlighted box on the black & white copy, and then mail (or deliver, see Option 2 below) the signed form to your County Recorder's office. We have included a stamped return envelope, addressed to your County Recorder, that you can use to mail in your signed form. We encourage you to sign and mail this form **immediately** upon receiving this letter.
    - Keep the carbon (color) copy for your records. We also encourage taking this document with you, as proof of your timely registration, when you go to vote. Please also remember to bring proper voter identification (ID) when you go to vote.

- **OPTION 2**: Go to your County Recorder's office and complete and sign a voter registration form. You can bring the enclosed copy of your form or fill out a new form, but let staff know that you submitted an initial registration form by the registration deadline, and now are providing a signature to complete your registration.
    - Before you go, contact your County Recorder's office to confirm they are open and for hours of operation before you go.
    - Again, keep the carbon (color) copy for your records, and bring it with you, along with valid voter ID, when you go to vote.

- **OPTION 3**: Go to an early voting location in your county and complete and sign a voter registration form. You can bring the enclosed copy of your form or fill out a new form, but let the election worker know that you submitted an initial registration form by the registration deadline, and now are providing a signature to complete your registration.

- o You may also request to vote an early ballot at the early voting location. Be sure to bring valid voter identification in order to vote.
- o Contact your County Recorder's office for details about early voting locations.

- ▪ **OPTION 4**: Go to an appropriate voting location in your county on Election Day – November 3, 2020, and either complete and sign a voter registration form (bring the enclosed copy of your form or fill out a new form), or vote a provisional ballot and sign the provisional ballot envelope. You will also be required to provide valid voter identification to vote.

  - o Before you go, contact your County Recorder or Elections Department in advance to confirm available voting locations, whether you must go to a specific voting location based on your residence location, and any other specific instructions.

Enclosed are copies of your **INCOMPLETE** voter registration form. The original form was mailed to your County Recorder's office. You may also receive additional instructions from your County Recorder.

If you have questions, please call **1-877-THE-VOTE** or email **elections@azsos.gov**. Thank you for taking the important step towards becoming a registered voter in Arizona.

Elections Division
Office of the Arizona Secretary of State
1700 E Washington St. 7th Floor
Phoenix, Arizona 85007

| **County Recorder** **Contact Information** | Gila County 1400 East Ash Street Globe, AZ 85501 928-402-8740 | Maricopa County 111 South 3rd Ave., #103 Phoenix, AZ 85003 602-506-1511 | Pinal County 31 N. Pinal St., Bldg. E Florence, AZ 85132 520-866-6830 |
|---|---|---|---|
| **Apache County** 75 West Cleveland St. Johns, AZ 85936 928-337-7515 | **Graham County** 921 Thatcher Blvd Safford, AZ 85546 928-428-3560 | **Mohave County** 700 West Beale St Kingman, AZ 86401 928-753-0767 | **Santa Cruz County** 2150 N. Congress Dr. Nogales, AZ 85621 520-375-7990 |
| **Cochise County** 1415 Melody Lane, Bldg. B Bisbee, Arizona 85603 520-432-8358 | **Greenlee County** 253 5th Street Clifton, AZ 85533 928-865-2632 | **Navajo County** 100 E. Code Talkers Dr./ South Hwy 77 Holbrook, AZ 86025 928-524-4194 | **Yavapai County** 1015 Fair St, Rm 228 Prescott, AZ 86305 928-771-3244 |
| **Coconino County** 110 East Cherry Avenue Flagstaff, AZ 86001 928-679-7860 | **La Paz County** 1112 Joshua Ave, Suite 201 Parker, AZ 85344 928-669-6136 | **Pima County** 240 N Stone Ave, Tucson, AZ 85701 520-724-4330 | **Yuma County** 197 South Main St. Yuma, AZ 85364 928-373-6034 |