# Exhibit A

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Mi Familia Vota, *et al.*,<br><br>       Plaintiffs,<br><br>v.<br><br>Katie Hobbs, in her official capacity as the Arizona Secretary of State,<br><br>       Defendant. | No. 2:20-cv-01903-SPL<br><br>**DECLARATION OF ZACK ALCYONE IN SUPPORT OF THE REPUBLICAN COMMITTEES' MERITS BRIEF** |

I, Zack Alcyone, state the following based on my personal knowledge:

1.     I am over 18 years of age and competent to make this Declaration.

2.     I graduated from the University of Southern California *summa cum laude* in 2003 and from The Yale Law School in 2006.  Since law school, I have founded and led various technology firms in Brazil and the United States.

3.     I am a co-founder and manager of Signafide LLC, a political technology firm in the United States.  Among other services that we offer to clients, Signafide reviews the validity of petition signatures gathered in connection with political campaigns.

4.     Signafide has reviewed and analyzed more than 2,000,000 petition signatures in connection with state or local candidates or ballot measure campaigns, including hundreds of thousands of signatures gathered after the outbreak of COVID-19 and the resulting lockdowns.  These signatures include, among others, the following:

      a. More than 420,000 signatures gathered in Arizona in support of the Stop Surprise Billing Act—of which more than 130,000 were gathered in May and June of 2020.

      b. More than 72,000 signatures gathered in Maine to refer a legislative enactment to the statewide ballot—of which more than 20,000 were gathered in May and June of 2020.

5. These results demonstrate that well organized campaigns in Arizona and elsewhere have been able to operate productively, even after the outbreak of COVID-19 and the imposition of quarantine measures.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 2, 2020.

_____
Zack Alcyone, Co-Founder
Signafide, LLC