# Exhibit B

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Mi Familia Vota, *et al.*,<br><br>       Plaintiffs,<br><br>v.<br><br>Katie Hobbs, in her official capacity as the Arizona Secretary of State,<br><br>       Defendant. | No. 2:20-cv-01903-SPL<br><br>**DECLARATION OF NATHAN SPROUL IN SUPPORT OF THE REPUBLICAN COMMITTEES' MERITS BRIEF** |

I, Nathan Sproul, state the following based on my personal knowledge:

1. I am over 18 years of age and competent to make this Declaration.

2. I am the founder and Managing Director of Lincoln Strategy Group ("LSG"), a political consulting firm based in Tempe, Arizona. LSG has served over 1,000 clients in all 50 states and 12 foreign countries. I have also served in five presidential campaigns and multiple gubernatorial, senatorial, and local campaigns.

3. A significant portion of LSG's business involves gathering petition signatures in support of ballot measures. This portion of our business is non-partisan (many of our clients in this space are politically progressive) and truly national in scope. We design, manage, and execute large signature-gathering campaigns across the United States.

4. In Arizona, as in most jurisdictions, ballot measure signatures must be gathered in person; ballot measure petitions circulated online or by mail are not valid in

Arizona. All our signature-gathering activities for Arizona ballot measures are therefore conducted in person.

5. In the early summer of 2020, our firm was engaged by a number of clients around the country to conduct in-person campaign activities for various political committees. Such clients included four ballot measure committees in Arizona.

6. Between March 2020 and July 3, 2020, LSG, through its employees and vendors, gathered approximately 106,777 signatures in person from Arizona voters.

7. Between March 2020 and June 30, 2020, LSG, through its employees and vendors, gathered 192,209 signatures in person from voters outside Arizona.

8. These results demonstrate that, although the outbreak of COVID-19 and the resulting lockdowns have presented certain challenge to in-person campaign activities, these challenges have ultimately been surmountable for well organized field operations in Arizona and elsewhere.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 2, 2020.

Nathan Sproul, Managing Director

Lincoln Strategy Group