**STATECRAFT**
LAW · GOVERNMENT · CRISIS MANAGEMENT

649 North Fourth Avenue, First Floor
Phoenix, Arizona 85003
(602) 382-4078

Kory Langhofer, Ariz. Bar No. 024722
kory@statecraftlaw.com
Thomas Basile, Ariz. Bar. No. 031150
tom@statecraftlaw.com

*Attorneys for Proposed Intervenors Republican National Committee and National Republican Senatorial Committee*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Mi Familia Vota, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>Katie Hobbs, in her official capacity as the Arizona Secretary of State,<br><br>Defendant,<br><br>Republican National Committee and the National Republican Senatorial Committee, federal political committees,<br><br>Intervenors. | No. 2:20-cv-01903-SPL<br><br>**[PROPOSED] ANSWER OF THE INTERVENORS TO THE COMPLAINT** |

The Republican National Committee ("RNC") and the National Republican Senatorial Committee ("NRSC" and, together with the RNC, the "Republican Committees") hereby answer the Complaint as follows:

1. The Republican Committees admit that the Complaint seeks to extend the voter registration deadline but denies the remaining allegations of Paragraph 1.
2. The Republican Committees admit the allegations in Paragraph 2.
3. The Republican Committees admit the allegations in Paragraph 3.
4. The Republican Committees admit the allegations in Paragraph 4.
5. The Republican Committees are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 5 and therefore deny them.
6. The Republican Committees deny the allegations in Paragraph 6.
7. The Republican Committees admit the allegations in Paragraph 7.
8. The Republican Committees are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 8 and therefore deny them.
9. Paragraph 9 states a legal conclusion to which no response is required. To the extent a response is deemed necessary, the Republican Committees deny the allegations.
10. The Republican Committees admit that Paragraph 10 accurately summarizes the plaintiffs' claims but denies the merit of those claims.
11. The Republican Committees admit that Paragraph 11 accurately summarizes the plaintiffs' claims but denies the merit of those claims.
12. Because the plaintiffs lack standing, the Republican Committees deny the allegations in Paragraph 12.
13. Because the plaintiffs lack standing, the Republican Committees deny the allegations in Paragraph 13.
14. The Republican Committees admit the allegations in Paragraph 14.

15. The Republican Committees are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 15 and therefore deny them.

16. The Republican Committees are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 16 and therefore deny them.

17. The Republican Committees are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 17 and therefore deny them.

18. The Republican Committees deny the allegations in Paragraph 18 to the extent they allege that Katie Hobbs currently has authority to modify the process or deadline for voter registration in the 2020 general election, but otherwise admits the allegations in Paragraph 18.

19. The Republican Committees admit the allegations in Paragraph 19.

20. The Republican Committees admit the allegations in Paragraph 20.

21. The Republican Committees admit the allegations in Paragraph 21.

22. The Republican Committees admit the allegations in Paragraph 22.

23. The Republican Committees admit the allegations in Paragraph 23.

24. The Republican Committees admit the allegations in Paragraph 24.

25. The Republican Committees are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 25 and therefore deny them.

26. The Republican Committees are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 26 and therefore deny them.

27. The Republican Committees are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 27 and therefore deny them.

28. The Republican Committees are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 28 and therefore deny them.

29. The Republican Committees are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 29 and therefore deny them.

30. The Republican Committees are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 30 and therefore deny them.

31. The Republican Committees are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 31 and therefore deny them.

32. The Republican Committees are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 32 and therefore deny them.

33. The Republican Committees are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 33 and therefore deny them.

34. The Republican Committees deny the allegations in Paragraph 34.

35. The Republican Committees admit the allegations in Paragraph 35.

36. The Republican Committees admit the allegations in Paragraph 36.

37. The Republican Committees admit the allegations in Paragraph 37, but note that Governor Ducey's executive order permitted voter registration and get-out-the-vote activities.

38. The Republican Committees admit the allegations in Paragraph 38, but note that Governor Ducey's executive order permitted voter registration and get-out-the-vote activities.

39. The Republican Committees admit the allegations in Paragraph 39, but note that Governor Ducey's executive order permitted voter registration and get-out-the-vote activities.

40. The Republican Committees admit the allegations in Paragraph 40, but note that Governor Ducey's executive order permitted voter registration and get-out-the-vote activities.

41. The Republican Committees admit that violations of the order may have been punishable as a class 1 misdemeanor but (a) note the enforceability of such penalties is the subject of ongoing litigation and (b) deny the remaining allegations in Paragraph 41 because voter registration and get-out-the-vote activities were legally permissible under the order.

42. The Republican Committees admit the allegations in Paragraph 42, but note that Governor Ducey's executive order permitted individuals to leave quarantine for "essential services," which under Executive Order 2020-18 includes voter registration and get-out-the-vote activities.

43. The Republican Committees admit the allegations in Paragraph 43.

44. The Republican Committees admit the allegations in Paragraph 44.

45. The Republican Committees deny the allegations in Paragraph 45 to the extent they allege that all Arizonans were legally mandated to maintain social distancing at all times.

46. The Republican Committees admit the allegations in Paragraph 46.

47. The Republican Committees admit the allegations in Paragraph 47.

48. The Republican Committees admit the allegations in Paragraph 48.

49. The Republican Committees admit the allegations in Paragraph 49.

50. Because individuals who are tested for COVID-19 are typically symptomatic and therefore not representative of the entire population, the Republican Committees deny that the rate of infection in the general public is higher than the rate amongst tested individuals. The Republican Committees admit the remaining allegations in Paragraph 50.

51. The Republican Committees admit that some experts express this opinion but are without knowledge or information sufficient to form a belief as to, and therefore deny, the accuracy of the underlying opinion in Paragraph 51.

52. The Republican Committees are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 52 and therefore deny them.

53. The Republican Committees admit that most high-traffic areas were closed at the end of March 2020 but deny the remaining allegations in Paragraph 53.

54. The Republican Committees deny the allegations in Paragraph 54.

55. The Republican Committees deny the allegations in Paragraph 55.

56. The Republican Committees are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 56 and therefore deny them.

57. The Republican Committees admit Paragraph 57 accurately summarizes the best available hypothesis regarding transmission of COVID-19, risks associated with the disease, and the current death toll, but are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 57 and therefore deny them.

58. The Republican Committees deny the allegations in Paragraph 58.

59. The Republican Committees are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 59 and therefore deny them.

60. The Republican Committees are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 60 and therefore deny them.

61. The Republican Committees admit the allegations in Paragraph 61, but deny any implication that the difference can be reliably attributed to state action as distinct from decreased emigration, enthusiasm underlying political participation, etc.

62. The Republican Committees are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 62 and therefore deny them.

63. The Republican Committees are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 63 and therefore deny them.

64. The Republican Committees are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 64 and therefore deny them.

65. The Republican Committees are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 65 and therefore deny them.

66. The Republican Committees are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 66 and therefore deny them.

67. The Republican Committees admit the allegations in Paragraph 67, but note that other means of voter registration (*e.g.*, online and in-person) were available without interruption.

68. The Republican Committees admit that online (as distinct from in-person or mail) voter registration required a traditional address before September 4,

2020, but are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 68 and therefore deny them.

69. The Republican Committees admit the allegations in Paragraph 69, but note that other means of voter registration (*e.g.*, in person or by mail) are available to individuals without an Arizona driver's license.

70. The Republican Committees admit that Governor Ducey extended the expiration dates of Arizona driver's licenses, deny that voters who move across county lines are unable to register to vote, and are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 70 and therefore deny them.

71. The Republican Committees are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 71 and therefore deny them.

72. The Republican Committees are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 72 and therefore deny them.

73. The Republican Committees are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 73 and therefore deny them.

74. The Republican Committees are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 74 and therefore deny them.

75. The Republican Committees are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 75 and therefore deny them.

76. The Republican Committees are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 76 and therefore deny them.

77. The Republican Committees are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 77 and therefore deny them.

78. The Republican Committees are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 78 and therefore deny them.

79. The Republican Committees are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 79 and therefore deny them.

80. The Republican Committees are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 80 and therefore deny them.

81. The Republican Committees are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 81 and therefore deny them.

82. The Republican Committees are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 82 and therefore deny them.

83. The Republican Committees are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 83 and therefore deny them.

84. The Republican Committees are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 84 and therefore deny them.

85. The Republican Committees are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 85 and therefore deny them.

86. The Republican Committees are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 86 and therefore deny them.

87. The Republican Committees are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 87 and therefore deny them.

88. The Republican Committees are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 88 and therefore deny them.

89. The Republican Committees are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 89 and therefore deny them.

90. The Republican Committees are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 90 and therefore deny them.

91. The Republican Committees admit that voter registration deadlines by their very nature have the effect of disallowing votes cast by individuals who register after the deadline, deny that any individual who fails to abide by duly enacted voter-registration processes is entitled to vote, and are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 91 and therefore deny them.

92. Paragraph 92 states a legal conclusion to which no response is required. To the extent a response is deemed necessary, the Republican Committees deny the allegations.

93. The Republican Committees are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 93 and therefore deny them.

94. The Republican Committees are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 94 and therefore deny them.

95. The Republican Committees are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 95 and therefore deny them.

96. The Republican Committees are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 96 and therefore deny them.

97. The Republican Committees are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 97 and therefore deny them.

98. The Republican Committees are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 98 and therefore deny them.

99. Paragraph 99 states a legal conclusion to which no response is required. To the extent a response is deemed necessary, the Republican Committees deny the allegations and state that the relevant inquiry must also examine the burden that would be imposed on the County Recorders, who directly administer voter registration under Arizona law.

100. The Republican Committees admit the allegations in Paragraph 100.

101. The Republican Committees deny the allegations in Paragraph 101 to the extent it suggests that all individuals who attempt to vote two days after first

submitting a voter registration form are permitted to cast a non-provisional ballot.

102. The Republican Committees admit the allegations in Paragraph 102 but, because changes to existing voter registration records are procedurally and substantively very different from the processing of new voter registration records, deny that the two are comparable for purposes of the plaintiffs' claims.

103. The Republican Committees admit that Arizona counties use electronic poll books but deny the remaining allegations in Paragraph 103.

104. The Republican Committees admit the allegations in Paragraph 104.

105. The Republican Committees deny that the administrative burden will be minimal at worst, and that the requested relief could be implemented without causing significant problems before, on, and after Election Day, and therefore deny the allegations in Paragraph 105.

106. In response to Paragraph 106, the Republican Committees incorporate by reference their answers to each preceding Paragraph as set forth above.

107. The Republican Committees admit the allegations in Paragraph 107.

108. The Republican Committees admit the allegations in Paragraph 108.

109. Paragraph 109 states a legal conclusion to which no response is required. To the extent a response is deemed necessary, the Republican Committees deny the allegations.

110. Paragraph 110 states a legal conclusion to which no response is required. To the extent a response is deemed necessary, the Republican Committees deny the allegations.

111. Paragraph 111 states a legal conclusion to which no response is required. To the extent a response is deemed necessary, the Republican Committees deny the allegations.

112. In response to Paragraph 112, the Republican Committees incorporate by reference their answers to each preceding Paragraph as set forth above.

113. The Republican Committees admit the allegations in Paragraph 113.

114. The Republican Committees admit the allegations in Paragraph 114.

115. Paragraph 115 states a legal conclusion to which no response is required. To the extent a response is deemed necessary, the Republican Committees deny the allegations.

116. Paragraph 116 states a legal conclusion to which no response is required. To the extent a response is deemed necessary, the Republican Committees deny the allegations.

117. Paragraph 117 states a legal conclusion to which no response is required. To the extent a response is deemed necessary, the Republican Committees deny the allegations.

118. In response to Paragraph 118, the Republican Committees incorporate by reference their answers to each preceding Paragraph as set forth above.

119. Paragraph 119 states a legal conclusion to which no response is required. To the extent a response is deemed necessary, the Republican Committees deny the allegations.

120. Paragraph 120 states a legal conclusion to which no response is required. To the extent a response is deemed necessary, the Republican Committees deny the allegations.

The Plaintiffs' prayer for relief sets forth legal conclusions to which no response is required. To the extent a response is deemed necessary, the Republican Committees deny that the Plaintiffs are entitled to the relief requested in the Complaint or to any judgment in their favor.

RESPECTFULLY SUBMITTED this 2nd day of October, 2020.

STATECRAFT PLLC

By: */s/ Kory Langhofer*
Kory Langhofer
Thomas Basile
649 North Fourth Avenue, First Floor
Phoenix, Arizona 85003

*Counsel for Proposed Intervenors Republican National Committee and National Republican Senatorial Committee*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 2, 2020, I caused the foregoing document to be electronically transmitted to the Clerk's Office using the CM/ECF System for Filing, which will send notice of such filing to all registered CM/ECF users.

By: */s/Thomas Basile*
Thomas Basile