1  Brett W. Johnson (#021527)
   Colin P. Ahler (#023879)
2  W. Vinnie Lichvar (#028112)
   Derek C. Flint (#034392)
3  SNELL & WILMER L.L.P.
   One Arizona Center
4  400 E. Van Buren, Suite 1900
   Phoenix, Arizona  85004-2202
5  Telephone:  602.382.6000
   Facsimile:  602.382.6070
6  E-Mail: bwjohnson@swlaw.com
            cahler@swlaw.com
7           vlichvar@swlaw.com
            dflint@swlaw.com
8
   Anni L. Foster (#023643)
9  Office of Arizona Governor Douglas A. Ducey
   1700 West Washington Street
10 Phoenix, Arizona 85007
   Telephone:  602-542-4331
11 E-Mail:  afoster@az.gov

12 *Attorneys for Amicus Curiae Douglas A. Ducey,*
   *Governor of the State of Arizona*
13

14            IN THE UNITED STATES DISTRICT COURT

15              FOR THE DISTRICT OF ARIZONA

16

17 | Mi Familia Vota, Arizona Coalition for Change, Ulises Ventura, | No. 2:20-cv-01903-SPL |
|---|---|
18 |  |  |
   | Plaintiffs, | **Notice of Lodging Proposed Amicus Curiae Brief** |
19 |  |  |
   | v. |  |
20 |  |  |
   | Katie Hobbs, in her official capacity as Secretary of State for the State of Arizona, |  |
21 |  |  |
22 | Defendant. |  |

23

24      In accordance with Governor Douglas A. Ducey's Motion for Leave to File Amicus

25 Brief in Support of Defendant, Governor Ducey hereby submits this notice of lodging the

26 Proposed Amicus Curiae brief attached hereto as Exhibit A.

27

28

*(left margin, vertical text)* Snell & Wilmer L.L.P. LAW OFFICES One Arizona Center, 400 E. Van Buren, Suite 1900 Phoenix, Arizona 85004-2202 602.382.6000

1    DATED this 2nd day of October, 2020.

2                                                      SNELL & WILMER L.L.P.

3                                          By: s/ Brett W. Johnson
                                               Brett W. Johnson
4                                              Colin P. Ahler
                                               W. Vinnie Lichvar
5                                              Derek C. Flint
                                               One Arizona Center
6                                              400 E. Van Buren, Suite 1900
                                               Phoenix, Arizona  85004-2202
7                                              *Attorneys for Amicus Curiae Douglas
                                               A. Ducey*
8

9

10                                         By: s/ Anni L. Foster
                                               Anni L. Foster
11                                             OFFICE OF ARIZONA GOVERNOR
                                               DOUGLAS A. DUCEY
12                                             1700 West Washington Street
                                               Phoenix, Arizona 85007

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 1 -

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Snell & Wilmer
L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren, Suite 1900
Phoenix, Arizona  85004-2202
602.382.6000

# **CERTIFICATE OF SERVICE**

I hereby certify that on October 2, 2020 I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants on record in this matter.

*s/* Tracy Hobbs