IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mi Familia Vota, et al., | No. CV-20-01903-PHX-SPL |
| Plaintiffs, | |
| vs. | **ORDER** |
| Katie Hobbs, | |
| Defendant. | |

Having reviewed the Republican National Committee and the National Republican Senatorial Committee's timely Motion to Intervene (Doc. 15) filed pursuant to Fed. R. Civ. P. 24,

**IT IS ORDERED** that the Motion to Intervene (Doc. 15) is **granted**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall file the lodged Opposition to Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction (lodged at Doc. 19).

**IT IS FURTHER ORDERED** that the Clerk of Court shall file the lodged Answer to the Complaint (lodged at Doc. 20).

Dated this 2nd day of October, 2020.

Honorable Steven P. Logan
United States District Judge