# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Mi Familia Vota, Arizona Coalition for Change, and Ulises Ventura;<br><br>Plaintiffs,<br><br>-against-<br><br>Katie Hobbs, in her official capacity as Arizona Secretary of State,<br><br>Defendant. | No. 20 Civ. 1903 (SPL) |

### Declaration of Zoe Salzman

ZOE SALZMAN, an attorney duly admitted *pro hac vice* in the District of Arizona, declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I am a partner with the law firm of Emery Celli Brinckerhoff Abady Ward & Maazel LLP, attorneys for Plaintiffs Mi Familia Vota, Arizona Coalition for Change, and Ulises Ventura.

2. I respectfully submit this declaration in further support of Plaintiffs' motion for a temporary restraining order and preliminary injunction.

3. Attached hereto as Exhibit A is a true and correct copy of the Arizona Secretary of State's "State of Arizona Registration Report" from January 2016, *available at* https://apps.azsos.gov/election/voterreg/2016-01-01.pdf (last visited October 5, 2020). According to this official report, 3,254,397 Arizonans were registered to vote as

1

of January 2016. *See* Ex. A at 1, 5 (highlighted text).

    4.  Attached hereto as Exhibit B is a true and correct copy of the Arizona Secretary of State's "State of Arizona Registration Report" from August 2016, *available at* https://apps.azsos.gov/election/voterreg/2016-08-01.pdf (last visited Oct. 5, 2020). According to this official report, 3,400,611 Arizonans were registered to vote as of August 2016. *See* Ex. B at 1, 5 (highlighted text).

    5.  Attached hereto as Exhibit C is a true and correct copy of the Arizona Secretary of State's "State of Arizona Registration Report" from January 2020, *available at* https://azsos.gov/sites/default/files/2020_0121_January_State_Voter_Registration.pdf (last visited Oct. 5, 2020). According to this official report, 3,926,649 Arizonans were registered to vote as of January 2020. *See* Ex. C at 1, 5 (highlighted text).

    6.  Attached hereto as Exhibit D is a true and correct copy of the Arizona Secretary of State's "State of Arizona Registration Report" from August 2020, *available at* https://azsos.gov/sites/default/files/State_Voter_Reigstration_2020_Primary.pdf (last visited Oct. 5, 2020). According to this official report, 3,989,214 Arizonans were registered to vote as of August 4, 2020. *See* Ex. D at 1, 5 (highlighted text).

    7.  Per the Secretary of State's own data in Exhibits A–D, cited above, from January to August 2016, the total number of Arizonans registered to vote increased from 3,254,397 to 3,400,611, a net gain of 146,214 voters. From January to August 2020, the total number of Arizonans registered to vote increased from 3,926,649 to 3,989,214, a

net gain of only 62,565 voters. In short, from January to August 2016, Arizona netted more than twice as many additional voters than during the same period in 2020.

8. According to the Declaration of Arizona State Elections Director Sambo Dul (Dkt. 18-3), as of October 1, 2020, 4,160,915 Arizonans are currently registered to vote. *Id.* ¶ 10. As noted above, 3,989,214 Arizonans were registered to vote as of August 4, 2020. Ex. D at 1, 5 (highlighted text). Thus, between August 4 and October 1, 2020, Arizona's voter rolls increased by 171,701 registered voters—a post-shutdown registration average of 2,960 net additional voters per day. If registrations were to continue at this rate throughout an extension of the Voter Registration Cutoff to October 27, 2020, Arizona would gain a net additional 65,120 registered voters.

9. Attached hereto as Exhibit E is a true and correct copy of Governor Doug Ducey's June 25, 2020 press release titled, "Governor Ducey: 'Arizonans Safer At Home,'" *available at* https://azgovernor.gov/governor/news/2020/06/governor-ducey-arizonans-safer-home (last visited Oct. 5, 2020).

10. Attached hereto as Exhibit F is a true and correct copy of a page from the Secretary of State's website titled, "Voting In This Election," *available at* https://azsos.gov/elections/voting-election (last visited Oct. 5, 2020).

11. Attached hereto as Exhibit G is a true and correct copy of Governor Doug Ducey's December 31 2019 press release titled, "New Census Report Ranks Arizona Third In Percentage Growth Rate," *available at* https://azgovernor.gov/node/4604 (last visited Oct. 5, 2020).

12. Attached hereto as Exhibit H is a true and correct copy of a page

from the Secretary of State's website titled, "Voting by Mail: How to Get a Ballot-by-Mail," *available at* https://azsos.gov/votebymail (last visited Oct. 5, 2020).

13. Attached hereto as Exhibit I is a true and correct copy of a page from the Secretary of State's website titled, "Proof of Citizenship Requirements," *available at* https://azsos.gov/elections/voting-election/proof-citizenship-requirements (last visited Oct. 5, 2020).

Dated: October 5, 2020

_____
ZOE SALZMAN