# EXHIBIT A

# STATE OF ARIZONA REGISTRATION REPORT
2016 January Voter Registration - January 1, 2016
Compiled and Issued by the Arizona Secretary of State

**ACTIVE**

| County | Precincts | Date/Period | Americans | Democratic | Green | Libertarian | Republican | Other | TOTAL |
|---|---:|---|---:|---:|---:|---:|---:|---:|---:|
| Apache | 45 | JUL 2015 | 0 | 26,680 | 35 | 143 | 7,466 | 12,857 | 47,181 |
|  | 45 | OCT 2015 | 5 | 26,747 | 34 | 147 | 7,544 | 13,058 | 47,535 |
|  | 45 | JAN 2016 | * | 26,780 | 34 | 143 | 7,659 | 13,203 | 47,819 |
| Cochise | 49 | JUL 2015 | 13 | 18,641 | 117 | 444 | 25,609 | 24,847 | 69,671 |
|  | 49 | OCT 2015 | 13 | 18,796 | 112 | 438 | 25,796 | 25,289 | 70,444 |
|  | 49 | JAN 2016 | * | 18,944 | 106 | 421 | 26,198 | 25,594 | 71,263 |
| Coconino | 71 | JUL 2015 | 4 | 25,768 | 222 | 776 | 17,583 | 25,412 | 69,765 |
|  | 71 | OCT 2015 | 6 | 25,912 | 207 | 777 | 17,544 | 25,423 | 69,869 |
|  | 71 | JAN 2016 | * | 26,112 | 205 | 756 | 17,618 | 25,232 | 69,923 |
| Gila | 39 | JUL 2015 | 2 | 9,340 | 22 | 164 | 10,820 | 8,300 | 28,648 |
|  | 39 | OCT 2015 | 2 | 9,237 | 22 | 167 | 10,870 | 8,467 | 28,765 |
|  | 39 | JAN 2016 | * | 9,267 | 21 | 168 | 11,041 | 8,582 | 29,079 |
| Graham | 22 | JUL 2015 | 2 | 5,629 | 8 | 61 | 7,413 | 4,551 | 17,664 |
|  | 22 | OCT 2015 | 2 | 5,624 | 7 | 61 | 7,446 | 4,646 | 17,786 |
|  | 22 | JAN 2016 | * | 5,587 | 7 | 60 | 7,458 | 4,645 | 17,757 |
| Greenlee | 8 | JUL 2015 | 0 | 2,093 | 3 | 25 | 1,106 | 1,230 | 4,457 |
|  | 8 | OCT 2015 | 0 | 2,087 | 2 | 25 | 1,128 | 1,273 | 4,515 |
|  | 8 | JAN 2016 | * | 2,067 | 0 | 24 | 1,169 | 1,311 | 4,571 |
| La Paz | 11 | JUL 2015 | 1 | 2,164 | 10 | 38 | 3,222 | 3,497 | 8,932 |
|  | 11 | OCT 2015 | 1 | 2,157 | 10 | 38 | 3,241 | 3,550 | 8,997 |
|  | 11 | JAN 2016 | * | 2,180 | 10 | 37 | 3,326 | 3,633 | 9,186 |
| Maricopa | 724 | JUL 2015 | 337 | 513,655 | 2,187 | 17,666 | 696,627 | 741,909 | 1,972,381 |
|  | 724 | OCT 2015 | 348 | 520,859 | 2,229 | 17,901 | 702,116 | 759,935 | 2,003,388 |
|  | 724 | JAN 2016 | * | 507,826 | 2,154 | 16,817 | 691,241 | 740,530 | 1,958,568 |
| Mohave | 73 | JUL 2015 | 17 | 20,526 | 101 | 649 | 43,921 | 44,747 | 109,961 |
|  | 24 | OCT 2015 | 17 | 20,313 | 101 | 646 | 43,898 | 45,040 | 110,015 |
|  | 24 | JAN 2016 | * | 20,376 | 98 | 640 | 44,896 | 45,826 | 111,836 |
| Navajo | 61 | JUL 2015 | 6 | 23,155 | 48 | 373 | 17,782 | 16,752 | 58,116 |
|  | 61 | OCT 2015 | 7 | 23,260 | 47 | 383 | 18,060 | 17,239 | 58,996 |
|  | 14 | JAN 2016 | * | 23,335 | 44 | 376 | 18,353 | 17,471 | 59,579 |
| Pima | 248 | JUL 2015 | 65 | 171,962 | 1,517 | 3,833 | 145,770 | 160,631 | 483,778 |
|  | 248 | OCT 2015 | 70 | 175,086 | 1,554 | 3,839 | 147,331 | 164,914 | 492,794 |
|  | 248 | JAN 2016 | * | 172,246 | 1,523 | 3,684 | 144,750 | 162,370 | 484,573 |
| Pinal | 102 | JUL 2015 | 11 | 42,833 | 150 | 1,140 | 52,198 | 65,368 | 161,700 |
|  | 102 | OCT 2015 | 11 | 43,221 | 148 | 1,132 | 53,024 | 67,429 | 164,965 |
|  | 101 | JAN 2016 | * | 43,451 | 147 | 1,143 | 53,791 | 68,928 | 167,460 |
| Santa Cruz | 24 | JUL 2015 | 0 | 11,517 | 33 | 126 | 3,715 | 8,000 | 23,391 |
|  | 24 | OCT 2015 | 0 | 11,580 | 34 | 129 | 3,743 | 8,189 | 23,675 |
|  | 24 | JAN 2016 | * | 11,660 | 36 | 131 | 3,796 | 8,381 | 24,004 |
| Yavapai | 45 | JUL 2015 | 8 | 24,281 | 236 | 962 | 53,269 | 45,197 | 123,953 |
|  | 45 | OCT 2015 | 10 | 24,283 | 220 | 957 | 53,412 | 45,561 | 124,443 |
|  | 44 | JAN 2016 | * | 24,512 | 217 | 959 | 54,152 | 45,896 | 125,736 |
| Yuma | 44 | JUL 2015 | 7 | 23,876 | 28 | 475 | 20,607 | 28,096 | 73,089 |
|  | 44 | OCT 2015 | 8 | 23,560 | 28 | 459 | 20,343 | 29,321 | 73,719 |
|  | 42 | JAN 2016 | * | 23,068 | 26 | 448 | 20,073 | 29,428 | 73,043 |
| **TOTALS:** | 1,566 | JUL 2015 | 473 | 922,120 | 4,717 | 26,875 | 1,107,108 | 1,191,394 | 3,252,687 |
|  | 1,517 | OCT 2015 | 500 | 932,722 | 4,755 | 27,099 | 1,115,496 | 1,219,334 | 3,299,906 |
|  | 1,466 | JAN 2016 | * | 917,411 | 4,628 | 25,807 | 1,105,521 | 1,201,030 | 3,254,397 |
| **PERCENTAGES:** |  | JUL 2015 | 0.01 | 28.35 | 0.15 | 0.83 | 34.04 | 36.63 |  |
|  |  | OCT 2015 | 0.02 | 28.27 | 0.14 | 0.82 | 33.80 | 36.95 |  |
|  |  | JAN 2016 | * | 28.19 | 0.14 | 0.79 | 33.97 | 36.90 |  |

\* - Party was not a recognized party during this cycle

**ACTIVE**

| Congressional | Precincts | Democratic | Green | Libertarian | Republican | Other | TOTAL |
|---|---|---|---|---|---|---|---|
| **Congressional District 1** | | | | | | | |
| Apache | 45 | 26,780 | 34 | 143 | 7,659 | 13,203 | 47,819 |
| Coconino | 71 | 26,112 | 205 | 756 | 17,618 | 25,232 | 69,923 |
| Gila | 22 | 6,208 | 7 | 53 | 2,507 | 3,688 | 12,463 |
| Graham | 22 | 5,587 | 7 | 60 | 7,458 | 4,645 | 17,757 |
| Greenlee | 8 | 2,067 | 0 | 24 | 1,169 | 1,311 | 4,571 |
| Maricopa | 3 | 449 | 1 | 8 | 61 | 451 | 970 |
| Mohave | 2 | 277 | 0 | 2 | 120 | 358 | 757 |
| Navajo | 14 | 23,335 | 44 | 376 | 18,353 | 17,471 | 59,579 |
| Pima | 26 | 14,802 | 69 | 349 | 24,591 | 19,174 | 58,985 |
| Pinal | 59 | 27,606 | 77 | 551 | 26,678 | 35,213 | 90,125 |
| Yavapai | 7 | 4,472 | 39 | 147 | 6,032 | 7,444 | 18,134 |
| TOTALS | 279 | 137,695 | 483 | 2,469 | 112,246 | 128,190 | 381,083 |
| **Congressional District 2** | | | | | | | |
| Cochise | 49 | 18,944 | 106 | 421 | 26,198 | 25,594 | 71,263 |
| Pima | 145 | 101,327 | 971 | 2,356 | 98,142 | 100,058 | 302,854 |
| TOTALS | 194 | 120,271 | 1,077 | 2,777 | 124,340 | 125,652 | 374,117 |
| **Congressional District 3** | | | | | | | |
| Maricopa | 46 | 30,196 | 69 | 786 | 23,655 | 41,761 | 96,467 |
| Pima | 77 | 56,117 | 483 | 979 | 22,017 | 43,138 | 122,734 |
| Pinal | 1 | 131 | 0 | 0 | 11 | 58 | 200 |
| Santa Cruz | 24 | 11,660 | 36 | 131 | 3,796 | 8,381 | 24,004 |
| Yuma | 27 | 17,313 | 19 | 270 | 9,205 | 18,739 | 45,546 |
| TOTALS | 175 | 115,417 | 607 | 2,166 | 58,684 | 112,077 | 288,951 |
| **Congressional District 4** | | | | | | | |
| Gila | 17 | 3,059 | 14 | 115 | 8,534 | 4,894 | 16,616 |
| La Paz | 11 | 2,180 | 10 | 37 | 3,326 | 3,633 | 9,186 |
| Maricopa | 18 | 4,299 | 16 | 179 | 10,349 | 8,719 | 23,562 |
| Mohave | 22 | 20,099 | 98 | 638 | 44,776 | 45,468 | 111,079 |
| Pinal | 41 | 15,714 | 70 | 592 | 27,102 | 33,657 | 77,135 |
| Yavapai | 37 | 20,040 | 178 | 812 | 48,120 | 38,452 | 107,602 |
| Yuma | 15 | 5,755 | 7 | 178 | 10,868 | 10,689 | 27,497 |
| TOTALS | 161 | 71,146 | 393 | 2,551 | 153,075 | 145,512 | 372,677 |
| **Congressional District 5** | | | | | | | |
| Maricopa | 113 | 81,354 | 337 | 3,299 | 176,408 | 147,841 | 409,239 |
| TOTALS | 113 | 81,354 | 337 | 3,299 | 176,408 | 147,841 | 409,239 |
| **Congressional District 6** | | | | | | | |
| Maricopa | 156 | 93,913 | 440 | 3,508 | 166,887 | 155,507 | 420,255 |
| TOTALS | 156 | 93,913 | 440 | 3,508 | 166,887 | 155,507 | 420,255 |
| **Congressional District 7** | | | | | | | |
| Maricopa | 105 | 99,794 | 323 | 2,469 | 37,697 | 102,241 | 242,524 |
| TOTALS | 105 | 99,794 | 323 | 2,469 | 37,697 | 102,241 | 242,524 |
| **Congressional District 8** | | | | | | | |
| Maricopa | 142 | 93,660 | 326 | 2,907 | 163,297 | 150,852 | 411,042 |
| TOTALS | 142 | 93,660 | 326 | 2,907 | 163,297 | 150,852 | 411,042 |
| **Congressional District 9** | | | | | | | |
| Maricopa | 141 | 104,161 | 642 | 3,661 | 112,887 | 133,158 | 354,509 |
| TOTALS | 141 | 104,161 | 642 | 3,661 | 112,887 | 133,158 | 354,509 |
| STATE TOTALS | 1,466 | 917,411 | 4,628 | 25,807 | 1,105,521 | 1,201,030 | 3,254,397 |

**ACTIVE**

| Legislative | Precincts | Democratic | Green | Libertarian | Republican | Other | TOTAL |
|---|---|---|---|---|---|---|---|
| Legislative District 1 | | | | | | | |
| Maricopa | 14 | 6,850 | 30 | 339 | 19,017 | 15,037 | 41,273 |
| Yavapai | 34 | 16,086 | 151 | 712 | 42,009 | 31,816 | 90,774 |
| TOTALS | 48 | 22,936 | 181 | 1,051 | 61,026 | 46,853 | 132,047 |
| Legislative District 2 | | | | | | | |
| Pima | 33 | 23,185 | 108 | 432 | 17,084 | 24,305 | 65,114 |
| Santa Cruz | 24 | 11,660 | 36 | 131 | 3,796 | 8,381 | 24,004 |
| TOTALS | 57 | 34,845 | 144 | 563 | 20,880 | 32,686 | 89,118 |
| Legislative District 3 | | | | | | | |
| Pima | 41 | 38,636 | 468 | 687 | 13,946 | 28,199 | 81,936 |
| TOTALS | 41 | 38,636 | 468 | 687 | 13,946 | 28,199 | 81,936 |
| Legislative District 4 | | | | | | | |
| Maricopa | 18 | 6,944 | 35 | 204 | 8,401 | 10,985 | 26,569 |
| Pima | 17 | 6,534 | 29 | 72 | 2,080 | 4,672 | 13,387 |
| Pinal | 1 | 131 | 0 | 0 | 11 | 58 | 200 |
| Yuma | 21 | 15,468 | 15 | 225 | 7,065 | 16,088 | 38,861 |
| TOTALS | 57 | 29,077 | 79 | 501 | 17,557 | 31,803 | 79,017 |
| Legislative District 5 | | | | | | | |
| La Paz | 11 | 2,180 | 10 | 37 | 3,326 | 3,633 | 9,186 |
| Mohave | 22 | 20,099 | 98 | 638 | 44,776 | 45,468 | 111,079 |
| TOTALS | 33 | 22,279 | 108 | 675 | 48,102 | 49,101 | 120,265 |
| Legislative District 6 | | | | | | | |
| Coconino | 45 | 15,317 | 181 | 557 | 13,423 | 18,177 | 47,655 |
| Gila | 18 | 3,101 | 14 | 116 | 8,621 | 4,947 | 16,799 |
| Navajo | 5 | 2,976 | 8 | 93 | 7,962 | 3,962 | 15,001 |
| Yavapai | 10 | 8,426 | 66 | 247 | 12,143 | 14,080 | 34,962 |
| TOTALS | 78 | 29,820 | 269 | 1,013 | 42,149 | 41,166 | 114,417 |
| Legislative District 7 | | | | | | | |
| Apache | 45 | 26,780 | 34 | 143 | 7,659 | 13,203 | 47,819 |
| Coconino | 26 | 10,795 | 24 | 199 | 4,195 | 7,055 | 22,268 |
| Gila | 3 | 2,099 | 0 | 12 | 205 | 1,130 | 3,446 |
| Graham | 2 | 1,452 | 0 | 3 | 198 | 735 | 2,388 |
| Mohave | 2 | 277 | 0 | 2 | 120 | 358 | 757 |
| Navajo | 9 | 20,359 | 36 | 283 | 10,391 | 13,509 | 44,578 |
| Pinal | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| TOTALS | 87 | 61,762 | 94 | 642 | 22,768 | 35,990 | 121,256 |
| Legislative District 8 | | | | | | | |
| Gila | 18 | 4,067 | 7 | 40 | 2,215 | 2,505 | 8,834 |
| Pinal | 51 | 22,971 | 72 | 478 | 21,738 | 29,952 | 75,211 |
| TOTALS | 69 | 27,038 | 79 | 518 | 23,953 | 32,457 | 84,045 |
| Legislative District 9 | | | | | | | |
| Pima | 57 | 40,073 | 406 | 918 | 34,945 | 36,170 | 112,512 |
| TOTALS | 57 | 40,073 | 406 | 918 | 34,945 | 36,170 | 112,512 |
| Legislative District 10 | | | | | | | |
| Pima | 49 | 39,336 | 374 | 883 | 35,783 | 36,267 | 112,643 |
| TOTALS | 49 | 39,336 | 374 | 883 | 35,783 | 36,267 | 112,643 |
| Legislative District 11 | | | | | | | |
| Pima | 34 | 18,555 | 99 | 472 | 29,707 | 23,561 | 72,394 |
| Pinal | 27 | 11,691 | 36 | 370 | 16,037 | 19,977 | 48,111 |
| TOTALS | 61 | 30,246 | 135 | 842 | 45,744 | 43,538 | 120,505 |
| Legislative District 12 | | | | | | | |
| Maricopa | 34 | 23,377 | 99 | 1,095 | 58,840 | 44,558 | 127,969 |
| Pinal | 1 | 231 | 0 | 9 | 551 | 529 | 1,320 |
| TOTALS | 35 | 23,608 | 99 | 1,104 | 59,391 | 45,087 | 129,289 |

**ACTIVE**

| Legislative | Precincts | Democratic | Green | Libertarian | Republican | Other | TOTAL |
|---|---|---|---|---|---|---|---|
| Legislative District 13 | | | | | | | |
| Maricopa | 29 | 15,190 | 59 | 524 | 27,689 | 27,097 | 70,559 |
| Yavapai | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Yuma | 21 | 7,600 | 11 | 223 | 13,008 | 13,340 | 34,182 |
| TOTALS | 50 | 22,790 | 70 | 747 | 40,697 | 40,437 | 104,741 |
| Legislative District 14 | | | | | | | |
| Cochise | 49 | 18,944 | 106 | 421 | 26,198 | 25,594 | 71,263 |
| Graham | 20 | 4,135 | 7 | 57 | 7,260 | 3,910 | 15,369 |
| Greenlee | 8 | 2,067 | 0 | 24 | 1,169 | 1,311 | 4,571 |
| Pima | 17 | 5,927 | 39 | 220 | 11,205 | 9,196 | 26,587 |
| TOTALS | 94 | 31,073 | 152 | 722 | 45,832 | 40,011 | 117,790 |
| Legislative District 15 | | | | | | | |
| Maricopa | 42 | 27,086 | 118 | 1,103 | 53,126 | 46,760 | 128,193 |
| TOTALS | 42 | 27,086 | 118 | 1,103 | 53,126 | 46,760 | 128,193 |
| Legislative District 16 | | | | | | | |
| Maricopa | 19 | 14,986 | 71 | 559 | 28,659 | 29,405 | 73,680 |
| Pinal | 21 | 8,427 | 39 | 286 | 15,454 | 18,412 | 42,618 |
| TOTALS | 40 | 23,413 | 110 | 845 | 44,113 | 47,817 | 116,298 |
| Legislative District 17 | | | | | | | |
| Maricopa | 39 | 28,711 | 95 | 983 | 45,521 | 45,850 | 121,160 |
| TOTALS | 39 | 28,711 | 95 | 983 | 45,521 | 45,850 | 121,160 |
| Legislative District 18 | | | | | | | |
| Maricopa | 42 | 35,614 | 189 | 1,166 | 45,738 | 45,430 | 128,137 |
| TOTALS | 42 | 35,614 | 189 | 1,166 | 45,738 | 45,430 | 128,137 |
| Legislative District 19 | | | | | | | |
| Maricopa | 28 | 28,679 | 47 | 701 | 13,059 | 34,533 | 77,019 |
| TOTALS | 28 | 28,679 | 47 | 701 | 13,059 | 34,533 | 77,019 |
| Legislative District 20 | | | | | | | |
| Maricopa | 47 | 29,719 | 159 | 1,078 | 40,276 | 42,718 | 113,950 |
| TOTALS | 47 | 29,719 | 159 | 1,078 | 40,276 | 42,718 | 113,950 |
| Legislative District 21 | | | | | | | |
| Maricopa | 42 | 30,624 | 89 | 796 | 42,497 | 45,012 | 119,018 |
| TOTALS | 42 | 30,624 | 89 | 796 | 42,497 | 45,012 | 119,018 |
| Legislative District 22 | | | | | | | |
| Maricopa | 48 | 27,973 | 74 | 816 | 60,621 | 49,165 | 138,649 |
| TOTALS | 48 | 27,973 | 74 | 816 | 60,621 | 49,165 | 138,649 |
| Legislative District 23 | | | | | | | |
| Maricopa | 57 | 29,743 | 110 | 1,022 | 66,131 | 55,160 | 152,166 |
| TOTALS | 57 | 29,743 | 110 | 1,022 | 66,131 | 55,160 | 152,166 |
| Legislative District 24 | | | | | | | |
| Maricopa | 40 | 33,498 | 233 | 1,051 | 20,379 | 35,820 | 90,981 |
| TOTALS | 40 | 33,498 | 233 | 1,051 | 20,379 | 35,820 | 90,981 |
| Legislative District 25 | | | | | | | |
| Maricopa | 37 | 25,132 | 136 | 1,091 | 55,966 | 44,419 | 126,744 |
| TOTALS | 37 | 25,132 | 136 | 1,091 | 55,966 | 44,419 | 126,744 |
| Legislative District 26 | | | | | | | |
| Maricopa | 34 | 25,319 | 215 | 1,008 | 19,470 | 35,106 | 81,118 |
| TOTALS | 34 | 25,319 | 215 | 1,008 | 19,470 | 35,106 | 81,118 |
| Legislative District 27 | | | | | | | |
| Maricopa | 35 | 35,163 | 89 | 614 | 10,482 | 33,138 | 79,486 |
| TOTALS | 35 | 35,163 | 89 | 614 | 10,482 | 33,138 | 79,486 |
| Legislative District 28 | | | | | | | |
| Maricopa | 57 | 33,384 | 167 | 1,141 | 47,322 | 41,590 | 123,604 |
| TOTALS | 57 | 33,384 | 167 | 1,141 | 47,322 | 41,590 | 123,604 |

## ACTIVE

| Legislative | Precincts | Democratic | Green | Libertarian | Republican | Other | TOTAL |
|---|---|---|---|---|---|---|---|
| Legislative District 29 | | | | | | | |
| Maricopa | 33 | 25,457 | 46 | 783 | 13,480 | 29,880 | 69,646 |
| TOTALS | 33 | 25,457 | 46 | 783 | 13,480 | 29,880 | 69,646 |
| Legislative District 30 | | | | | | | |
| Maricopa | 29 | 24,377 | 93 | 743 | 14,567 | 28,867 | 68,647 |
| TOTALS | 29 | 24,377 | 93 | 743 | 14,567 | 28,867 | 68,647 |
| STATE TOTALS | 1,466 | 917,411 | 4,628 | 25,807 | 1,105,521 | 1,201,030 | 3,254,397 |

**INACTIVE**

| | Precincts | Date/Period | Americans | Democratic | Green | Libertarian | Republican | Other | TOTAL |
|---|---:|---|---:|---:|---:|---:|---:|---:|---:|
| Apache | 45 | JUL 2015 | 0 | 1,517 | 9 | 15 | 575 | 943 | 3,059 |
| | 45 | OCT 2015 | 0 | 1,527 | 8 | 14 | 579 | 948 | 3,076 |
| | 45 | JAN 2016 | * | 1,521 | 8 | 15 | 590 | 961 | 3,095 |
| Cochise | 49 | JUL 2015 | 1 | 2,183 | 26 | 78 | 2,725 | 4,004 | 9,017 |
| | 49 | OCT 2015 | 1 | 2,128 | 26 | 77 | 2,674 | 4,001 | 8,907 |
| | 49 | JAN 2016 | * | 2,037 | 25 | 73 | 2,570 | 3,849 | 8,554 |
| Coconino | 71 | JUL 2015 | 0 | 3,280 | 71 | 195 | 2,241 | 6,143 | 11,930 |
| | 71 | OCT 2015 | 1 | 3,508 | 83 | 202 | 2,393 | 6,554 | 12,741 |
| | 71 | JAN 2016 | * | 3,689 | 77 | 220 | 2,510 | 7,050 | 13,546 |
| Gila | 39 | JUL 2015 | 1 | 1,454 | 8 | 39 | 1,767 | 2,030 | 5,299 |
| | 39 | OCT 2015 | 1 | 1,519 | 7 | 42 | 1,789 | 2,080 | 5,438 |
| | 39 | JAN 2016 | * | 1,484 | 7 | 42 | 1,758 | 2,042 | 5,333 |
| Graham | 22 | JUL 2015 | 0 | 614 | 3 | 16 | 940 | 771 | 2,344 |
| | 22 | OCT 2015 | 0 | 598 | 3 | 18 | 913 | 761 | 2,293 |
| | 22 | JAN 2016 | * | 615 | 4 | 17 | 946 | 799 | 2,381 |
| Greenlee | 8 | JUL 2015 | 0 | 100 | 0 | 2 | 60 | 92 | 254 |
| | 8 | OCT 2015 | 0 | 98 | 0 | 2 | 58 | 91 | 249 |
| | 8 | JAN 2016 | * | 96 | 0 | 2 | 55 | 91 | 244 |
| La Paz | 11 | JUL 2015 | 0 | 552 | 8 | 14 | 568 | 851 | 1,993 |
| | 11 | OCT 2015 | 0 | 538 | 8 | 13 | 552 | 836 | 1,947 |
| | 11 | JAN 2016 | * | 528 | 8 | 12 | 543 | 823 | 1,914 |
| Maricopa | 724 | JUL 2015 | 33 | 63,109 | 723 | 2,876 | 59,384 | 103,629 | 229,754 |
| | 724 | OCT 2015 | 32 | 63,354 | 701 | 2,849 | 59,482 | 103,870 | 230,288 |
| | 724 | JAN 2016 | * | 83,251 | 774 | 3,842 | 78,589 | 137,658 | 304,114 |
| Mohave | 73 | JUL 2015 | 1 | 4,266 | 23 | 121 | 5,496 | 8,869 | 18,776 |
| | 24 | OCT 2015 | 1 | 4,603 | 25 | 130 | 6,046 | 9,857 | 20,662 |
| | 24 | JAN 2016 | * | 4,609 | 25 | 126 | 6,058 | 9,912 | 20,730 |
| Navajo | 61 | JUL 2015 | 0 | 3,051 | 12 | 71 | 2,705 | 3,038 | 8,877 |
| | 61 | OCT 2015 | 0 | 2,981 | 12 | 70 | 2,625 | 2,960 | 8,648 |
| | 14 | JAN 2016 | * | 2,981 | 12 | 70 | 2,607 | 2,944 | 8,614 |
| Pima | 248 | JUL 2015 | 16 | 24,341 | 376 | 834 | 18,470 | 30,589 | 74,626 |
| | 248 | OCT 2015 | 16 | 23,420 | 359 | 792 | 17,769 | 29,846 | 72,202 |
| | 248 | JAN 2016 | * | 27,073 | 398 | 929 | 20,939 | 34,959 | 84,298 |
| Pinal | 102 | JUL 2015 | 4 | 11,470 | 67 | 290 | 9,748 | 18,059 | 39,638 |
| | 102 | OCT 2015 | 4 | 11,338 | 66 | 284 | 9,634 | 17,978 | 39,304 |
| | 101 | JAN 2016 | * | 11,258 | 62 | 282 | 9,490 | 17,807 | 38,899 |
| Santa Cruz | 24 | JUL 2015 | 0 | 1,364 | 4 | 19 | 479 | 1,335 | 3,201 |
| | 24 | OCT 2015 | 0 | 1,322 | 4 | 18 | 457 | 1,304 | 3,105 |
| | 24 | JAN 2016 | * | 1,300 | 4 | 17 | 453 | 1,281 | 3,055 |
| Yavapai | 45 | JUL 2015 | 5 | 2,998 | 59 | 198 | 4,904 | 7,629 | 15,793 |
| | 45 | OCT 2015 | 4 | 3,254 | 60 | 217 | 5,318 | 8,397 | 17,250 |
| | 44 | JAN 2016 | * | 3,361 | 62 | 209 | 5,531 | 8,721 | 17,884 |
| Yuma | 44 | JUL 2015 | 1 | 5,609 | 18 | 181 | 5,382 | 9,412 | 20,603 |
| | 44 | OCT 2015 | 1 | 6,016 | 19 | 199 | 5,793 | 10,277 | 22,305 |
| | 42 | JAN 2016 | * | 6,369 | 20 | 203 | 6,123 | 11,082 | 23,797 |
| TOTALS: | 1,566 | JUL 2015 | 62 | 125,908 | 1,407 | 4,949 | 115,444 | 197,394 | 445,164 |
| | 1,517 | OCT 2015 | 61 | 126,204 | 1,381 | 4,927 | 116,082 | 199,760 | 448,415 |
| | 1,466 | JAN 2016 | * | 150,172 | 1,486 | 6,059 | 138,762 | 239,979 | 536,458 |
| PERCENTAGES: | | JUL 2015 | 0.01 | 28.28 | 0.32 | 1.11 | 25.93 | 44.34 | |
| | | OCT 2015 | 0.01 | 28.14 | 0.31 | 1.10 | 25.89 | 44.55 | |
| | | JAN 2016 | * | 27.99 | 0.28 | 1.13 | 25.87 | 44.73 | |

\* - Party was not a recognized party during this cycle

**INACTIVE**

| Congressional | Precincts | Democratic | Green | Libertarian | Republican | Other | TOTAL |
|---|---|---|---|---|---|---|---|
| Congressional District 1 | | | | | | | |
| Apache | 45 | 1,521 | 8 | 15 | 590 | 961 | 3,095 |
| Coconino | 71 | 3,689 | 77 | 220 | 2,510 | 7,050 | 13,546 |
| Gila | 22 | 840 | 2 | 14 | 478 | 797 | 2,131 |
| Graham | 22 | 615 | 4 | 17 | 946 | 799 | 2,381 |
| Greenlee | 8 | 96 | 0 | 2 | 55 | 91 | 244 |
| Maricopa | 3 | 68 | 0 | 0 | 9 | 56 | 133 |
| Mohave | 2 | 17 | 0 | 0 | 8 | 20 | 45 |
| Navajo | 14 | 2,981 | 12 | 70 | 2,607 | 2,944 | 8,614 |
| Pima | 26 | 2,110 | 20 | 90 | 3,069 | 3,353 | 8,642 |
| Pinal | 59 | 6,919 | 31 | 138 | 4,488 | 9,188 | 20,764 |
| Yavapai | 7 | 557 | 15 | 30 | 528 | 1,251 | 2,381 |
| TOTALS | 279 | 19,413 | 169 | 596 | 15,288 | 26,510 | 61,976 |
| Congressional District 2 | | | | | | | |
| Cochise | 49 | 2,037 | 25 | 73 | 2,570 | 3,849 | 8,554 |
| Pima | 145 | 16,611 | 264 | 626 | 14,241 | 22,747 | 54,489 |
| TOTALS | 194 | 18,648 | 289 | 699 | 16,811 | 26,596 | 63,043 |
| Congressional District 3 | | | | | | | |
| Maricopa | 46 | 4,861 | 27 | 154 | 3,140 | 7,450 | 15,632 |
| Pima | 77 | 8,352 | 114 | 213 | 3,629 | 8,859 | 21,167 |
| Pinal | 1 | 30 | 0 | 0 | 2 | 18 | 50 |
| Santa Cruz | 24 | 1,300 | 4 | 17 | 453 | 1,281 | 3,055 |
| Yuma | 27 | 4,250 | 14 | 128 | 2,809 | 6,637 | 13,838 |
| TOTALS | 175 | 18,793 | 159 | 512 | 10,033 | 24,245 | 53,742 |
| Congressional District 4 | | | | | | | |
| Gila | 17 | 644 | 5 | 28 | 1,280 | 1,245 | 3,202 |
| La Paz | 11 | 528 | 8 | 12 | 543 | 823 | 1,914 |
| Maricopa | 18 | 501 | 9 | 16 | 1,026 | 1,164 | 2,716 |
| Mohave | 22 | 4,592 | 25 | 126 | 6,050 | 9,892 | 20,685 |
| Pinal | 41 | 4,309 | 31 | 144 | 5,000 | 8,601 | 18,085 |
| Yavapai | 37 | 2,804 | 47 | 179 | 5,003 | 7,470 | 15,503 |
| Yuma | 15 | 2,119 | 6 | 75 | 3,314 | 4,445 | 9,959 |
| TOTALS | 161 | 15,497 | 131 | 580 | 22,216 | 33,640 | 72,064 |
| Congressional District 5 | | | | | | | |
| Maricopa | 113 | 13,159 | 128 | 652 | 20,694 | 27,369 | 62,002 |
| TOTALS | 113 | 13,159 | 128 | 652 | 20,694 | 27,369 | 62,002 |
| Congressional District 6 | | | | | | | |
| Maricopa | 156 | 11,643 | 138 | 636 | 15,297 | 21,816 | 49,530 |
| TOTALS | 156 | 11,643 | 138 | 636 | 15,297 | 21,816 | 49,530 |
| Congressional District 7 | | | | | | | |
| Maricopa | 105 | 18,432 | 96 | 626 | 5,990 | 21,257 | 46,401 |
| TOTALS | 105 | 18,432 | 96 | 626 | 5,990 | 21,257 | 46,401 |
| Congressional District 8 | | | | | | | |
| Maricopa | 142 | 12,365 | 91 | 509 | 15,484 | 21,177 | 49,626 |
| TOTALS | 142 | 12,365 | 91 | 509 | 15,484 | 21,177 | 49,626 |
| Congressional District 9 | | | | | | | |
| Maricopa | 141 | 22,222 | 285 | 1,249 | 16,949 | 37,369 | 78,074 |
| TOTALS | 141 | 22,222 | 285 | 1,249 | 16,949 | 37,369 | 78,074 |
| STATE TOTALS | 1,466 | 150,172 | 1,486 | 6,059 | 138,762 | 239,979 | 536,458 |

**INACTIVE**

| Legislative | Precincts | Democratic | Green | Libertarian | Republican | Other | TOTAL |
|---|---|---|---|---|---|---|---|
| Legislative District 1 | | | | | | | |
| Maricopa | 14 | 867 | 14 | 48 | 1,767 | 1,925 | 4,621 |
| Yavapai | 34 | 2,171 | 38 | 155 | 4,213 | 5,929 | 12,506 |
| TOTALS | 48 | 3,038 | 52 | 203 | 5,980 | 7,854 | 17,127 |
| Legislative District 2 | | | | | | | |
| Pima | 33 | 3,587 | 23 | 95 | 2,566 | 4,531 | 10,802 |
| Santa Cruz | 24 | 1,300 | 4 | 17 | 453 | 1,281 | 3,055 |
| TOTALS | 57 | 4,887 | 27 | 112 | 3,019 | 5,812 | 13,857 |
| Legislative District 3 | | | | | | | |
| Pima | 41 | 6,132 | 124 | 176 | 2,578 | 6,369 | 15,379 |
| TOTALS | 41 | 6,132 | 124 | 176 | 2,578 | 6,369 | 15,379 |
| Legislative District 4 | | | | | | | |
| Maricopa | 18 | 1,131 | 7 | 43 | 1,189 | 2,288 | 4,658 |
| Pima | 17 | 845 | 4 | 11 | 354 | 905 | 2,119 |
| Pinal | 1 | 30 | 0 | 0 | 2 | 18 | 50 |
| Yuma | 21 | 3,689 | 8 | 101 | 2,162 | 5,504 | 11,464 |
| TOTALS | 57 | 5,695 | 19 | 155 | 3,707 | 8,715 | 18,291 |
| Legislative District 5 | | | | | | | |
| La Paz | 11 | 528 | 8 | 12 | 543 | 823 | 1,914 |
| Mohave | 22 | 4,592 | 25 | 126 | 6,050 | 9,892 | 20,685 |
| TOTALS | 33 | 5,120 | 33 | 138 | 6,593 | 10,715 | 22,599 |
| Legislative District 6 | | | | | | | |
| Coconino | 45 | 2,991 | 74 | 192 | 2,219 | 6,382 | 11,858 |
| Gila | 18 | 656 | 5 | 29 | 1,293 | 1,261 | 3,244 |
| Navajo | 5 | 491 | 3 | 16 | 1,054 | 805 | 2,369 |
| Yavapai | 10 | 1,190 | 24 | 54 | 1,318 | 2,792 | 5,378 |
| TOTALS | 78 | 5,328 | 106 | 291 | 5,884 | 11,240 | 22,849 |
| Legislative District 7 | | | | | | | |
| Apache | 45 | 1,521 | 8 | 15 | 590 | 961 | 3,095 |
| Coconino | 26 | 698 | 3 | 28 | 291 | 668 | 1,688 |
| Gila | 3 | 213 | 1 | 2 | 25 | 124 | 365 |
| Graham | 2 | 136 | 1 | 0 | 23 | 77 | 237 |
| Mohave | 2 | 17 | 0 | 0 | 8 | 20 | 45 |
| Navajo | 9 | 2,490 | 9 | 54 | 1,553 | 2,139 | 6,245 |
| Pinal | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| TOTALS | 87 | 5,075 | 22 | 99 | 2,490 | 3,989 | 11,675 |
| Legislative District 8 | | | | | | | |
| Gila | 18 | 615 | 1 | 11 | 440 | 657 | 1,724 |
| Pinal | 51 | 6,072 | 26 | 120 | 4,320 | 8,700 | 19,238 |
| TOTALS | 69 | 6,687 | 27 | 131 | 4,760 | 9,357 | 20,962 |
| Legislative District 9 | | | | | | | |
| Pima | 57 | 6,903 | 129 | 278 | 5,413 | 8,872 | 21,595 |
| TOTALS | 57 | 6,903 | 129 | 278 | 5,413 | 8,872 | 21,595 |
| Legislative District 10 | | | | | | | |
| Pima | 49 | 6,217 | 89 | 211 | 5,016 | 8,590 | 20,123 |
| TOTALS | 49 | 6,217 | 89 | 211 | 5,016 | 8,590 | 20,123 |
| Legislative District 11 | | | | | | | |
| Pima | 34 | 2,541 | 23 | 113 | 3,632 | 4,085 | 10,394 |
| Pinal | 27 | 2,861 | 19 | 86 | 2,529 | 4,625 | 10,120 |
| TOTALS | 61 | 5,402 | 42 | 199 | 6,161 | 8,710 | 20,514 |
| Legislative District 12 | | | | | | | |
| Maricopa | 34 | 4,534 | 41 | 253 | 8,730 | 10,443 | 24,001 |
| Pinal | 1 | 44 | 0 | 4 | 70 | 82 | 200 |
| TOTALS | 35 | 4,578 | 41 | 257 | 8,800 | 10,525 | 24,201 |

Report Date/Time: 01/12/2016 01:46 PM     STATE OF ARIZONA REGISTRATION REPORT     Page Number 9
2016 January Voter Registration - January 1, 2016
Compiled and Issued by the Arizona Secretary of State

**INACTIVE**

| Legislative | Precincts | Democratic | Green | Libertarian | Republican | Other | TOTAL |
|---|---|---|---|---|---|---|---|
| Legislative District 13 | | | | | | | |
|   Maricopa | 29 | 1,941 | 15 | 82 | 2,757 | 4,101 | 8,896 |
|   Yavapai | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
|   Yuma | 21 | 2,680 | 12 | 102 | 3,961 | 5,578 | 12,333 |
|   TOTALS | 50 | 4,621 | 27 | 184 | 6,718 | 9,679 | 21,229 |
| Legislative District 14 | | | | | | | |
|   Cochise | 49 | 2,037 | 25 | 73 | 2,570 | 3,849 | 8,554 |
|   Graham | 20 | 479 | 3 | 17 | 923 | 722 | 2,144 |
|   Greenlee | 8 | 96 | 0 | 2 | 55 | 91 | 244 |
|   Pima | 17 | 848 | 6 | 45 | 1,380 | 1,607 | 3,886 |
|   TOTALS | 94 | 3,460 | 34 | 137 | 4,928 | 6,269 | 14,828 |
| Legislative District 15 | | | | | | | |
|   Maricopa | 42 | 2,920 | 47 | 197 | 5,018 | 5,810 | 13,992 |
|   TOTALS | 42 | 2,920 | 47 | 197 | 5,018 | 5,810 | 13,992 |
| Legislative District 16 | | | | | | | |
|   Maricopa | 19 | 2,237 | 12 | 108 | 3,245 | 4,678 | 10,280 |
|   Pinal | 21 | 2,251 | 17 | 72 | 2,569 | 4,382 | 9,291 |
|   TOTALS | 40 | 4,488 | 29 | 180 | 5,814 | 9,060 | 19,571 |
| Legislative District 17 | | | | | | | |
|   Maricopa | 39 | 5,035 | 42 | 244 | 5,913 | 9,678 | 20,912 |
|   TOTALS | 39 | 5,035 | 42 | 244 | 5,913 | 9,678 | 20,912 |
| Legislative District 18 | | | | | | | |
|   Maricopa | 42 | 6,641 | 63 | 330 | 6,158 | 11,244 | 24,436 |
|   TOTALS | 42 | 6,641 | 63 | 330 | 6,158 | 11,244 | 24,436 |
| Legislative District 19 | | | | | | | |
|   Maricopa | 28 | 4,976 | 22 | 160 | 1,952 | 6,347 | 13,457 |
|   TOTALS | 28 | 4,976 | 22 | 160 | 1,952 | 6,347 | 13,457 |
| Legislative District 20 | | | | | | | |
|   Maricopa | 47 | 4,260 | 45 | 210 | 4,255 | 7,238 | 16,008 |
|   TOTALS | 47 | 4,260 | 45 | 210 | 4,255 | 7,238 | 16,008 |
| Legislative District 21 | | | | | | | |
|   Maricopa | 42 | 4,029 | 25 | 130 | 4,415 | 6,207 | 14,806 |
|   TOTALS | 42 | 4,029 | 25 | 130 | 4,415 | 6,207 | 14,806 |
| Legislative District 22 | | | | | | | |
|   Maricopa | 48 | 3,111 | 26 | 108 | 4,772 | 5,651 | 13,668 |
|   TOTALS | 48 | 3,111 | 26 | 108 | 4,772 | 5,651 | 13,668 |
| Legislative District 23 | | | | | | | |
|   Maricopa | 57 | 3,463 | 42 | 194 | 5,465 | 7,001 | 16,165 |
|   TOTALS | 57 | 3,463 | 42 | 194 | 5,465 | 7,001 | 16,165 |
| Legislative District 24 | | | | | | | |
|   Maricopa | 40 | 7,266 | 93 | 293 | 3,305 | 8,784 | 19,741 |
|   TOTALS | 40 | 7,266 | 93 | 293 | 3,305 | 8,784 | 19,741 |
| Legislative District 25 | | | | | | | |
|   Maricopa | 37 | 3,619 | 61 | 172 | 4,733 | 6,648 | 15,233 |
|   TOTALS | 37 | 3,619 | 61 | 172 | 4,733 | 6,648 | 15,233 |
| Legislative District 26 | | | | | | | |
|   Maricopa | 34 | 7,555 | 122 | 499 | 5,038 | 14,537 | 27,751 |
|   TOTALS | 34 | 7,555 | 122 | 499 | 5,038 | 14,537 | 27,751 |
| Legislative District 27 | | | | | | | |
|   Maricopa | 35 | 6,211 | 23 | 166 | 1,806 | 6,973 | 15,179 |
|   TOTALS | 35 | 6,211 | 23 | 166 | 1,806 | 6,973 | 15,179 |
| Legislative District 28 | | | | | | | |
|   Maricopa | 57 | 3,966 | 29 | 230 | 3,888 | 5,962 | 14,075 |
|   TOTALS | 57 | 3,966 | 29 | 230 | 3,888 | 5,962 | 14,075 |

**INACTIVE**

| Legislative | Precincts | Democratic | Green | Libertarian | Republican | Other | TOTAL |
|---|---|---|---|---|---|---|---|
| Legislative District 29 | | | | | | | |
| Maricopa | 33 | 4,611 | 17 | 194 | 2,047 | 5,930 | 12,799 |
| TOTALS | 33 | 4,611 | 17 | 194 | 2,047 | 5,930 | 12,799 |
| Legislative District 30 | | | | | | | |
| Maricopa | 29 | 4,878 | 28 | 181 | 2,136 | 6,213 | 13,436 |
| TOTALS | 29 | 4,878 | 28 | 181 | 2,136 | 6,213 | 13,436 |
| STATE TOTALS | 1,466 | 150,172 | 1,486 | 6,059 | 138,762 | 239,979 | 536,458 |