Martin Lynch
We the People Court Services LLC
1120 W Broadway Rd, #55
Tempe AZ, 85282
602-550-6304
info@WTPCS.org



# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

**Mi Familia Vota, et al**,
      Plaintiff

**Hobbs**
      Defendant

CASE NUMBER: 2:20-CR-01903-SPL

**Motion for Leave to Submit Amicus Brief: Transparency, Separation of Powers**

2:20-CV-01903-PHX-SPL

To the Honorable Judge Steven P Logan,

¶1  Amico asserts violations of law and thus Attorney Code of Conduct which addresses Transparency. See attached single page of legal arguments. Separation of Powers is addressed in the last paragraph Canon 1.1.

Sincerely,

October 05, 2020

/S/ Martin Lynch

Bar Complaints – 2 Arizona Attorneys – 4 New York Attorneys - Listed Above

2:20-CV-01903-SPL   Outside monied interests, the Wealthy Elites, seeking to set aside Arizona Law for the purposes of Election Meddling so they might Enrich Themselves.

**ARS §16-120(A) "twenty-ninth day"**.  We had our elected Legislature draft and vote on that law and our elected Governor signed it, and we like it just fine.  If we the People of Arizona decide to change our own law, we will let you know.  We do not need legal trickery and deceit so votes can be manufactured by the rich and powerful.

These sham organizations you represent are violating various state and federal laws, IRS rules, et al. The big problem is failure to disclose conflict of interest and all the SECRECY.  Where is all this money coming from?  One law says that for annual gross revenue over $50,000, all doners must be named.  Who are these rich donors?  What are they trying to hide?  Why don't they openly disclose their plans for our welfare and happiness?  Another law says that they not act in a manner that is harmful. Since there is so much secrecy we must presume that they have precisely those intentions, since we would not willingly vote to give up our Liberties in favor of any Marxist Utopia.

If your clients inform you they are going to rob a bank and give you money to help them do it, your code of conduct prohibits you from helping criminals to commit crimes. ER 8.4 (a)(b)(c)(d); et al.  You are required resolve conflicts of interests by declaring who is behind everything and what they stand to benefit.  ER 1.1 & 1.7; et al.  You may not participate in a criminal conspiracy.  Money does not absolve you of your responsibilities and liabilities you might negligently create for yourself.  You are NOT required to represent or assist a client who engages in criminal or unethical activities. You may resign.  As an example, we now know that Black Lives Matter is affiliated with the Chinese Communist Party.  Is this who you really work for?  What are you hiding?

Finally, **the Judge** is restrained by his Judicial Canons.  The very first one, Canon 1.1 "The Judge is required to follow the law, especially ARS§16-120(A)" so why are you New York lawyers here anyway?  Cuba and Venezuela have the kind of Government you like.  Go there.  Which do you prefer? 18 USC§1341, Chapter 96 RICO, 42 USC§1983; et al.  Our Liberties will be defended and you can have whatever else you like in the process. If any Lawyers believe that anything here is slander or defamation, then feel free to use ARS §12-541.  By all means.  Otherwise, you are as vacuous as your legal arguments.

Sincerely,
Martin Lynch (OBO the Free People of Arizona, who intend to Stay FREE)
info@wtpcs.org

"We are determined to stand together and we are determined to take action" M Thatcher
"They Counted on America to be Passive. They counted wrong." Ronald Regan
"Evil is Powerless if Good People are Un-Afraid"