DISTRICT JUDGE'S CIVIL MINUTES
IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA – PHOENIX

**U.S. District Judge:  Steven P. Logan**         **Date: October 5, 2020**

**Case Number: CV-20-1903-PHX-SPL**

**Mi Familia Vota, et al. v. Katie Hobbs**

| APPEARANCES: | Plaintiffs' Counsel | Defendant's Counsel |
|---|---|---|
| | Zoe Salzman | Kara Karlson |
| | Jonathan S. Abady | Linley Wilson |
| | Joshua Bendor | |
| | John Bonifaz | |
| | Nick Bourland | |
| | Matthew Brinckerhoff | |
| | Gillian Cassell-Stiga | |
| | Ben Clements | |

**ADDITIONAL APPEARANCES**:
**Brett Johnson and Colin Ahler and Anni Foster** for:
Amicus Governor Douglas A. Ducey

**Kory Langhofer and Thomas Basile** for:
Intervenor Republican National Committee and National
Republican Senatorial Committee

**ORAL ARGUMENT HELD:**

Oral argument is held on Plaintffs' Motion for Preliminary Injunction (Doc. 2).

**IT IS ORDERED** taking Plaintiff's Motion for Preliminary Injunction (Doc. 2) under advisement.

Deputy Clerk: Lisa Richter
Court Reporters: Elva Cruz-Lauer                              Start:  3:35 PM
                                                              Stop:   4:43 PM
                                                              Total:  1 hour, 8 mins