Kara Karlson (029407)
Linley Wilson (027040)
2005 North Central Avenue
Phoenix, AZ 85004-1592
Telephone (602) 542-4951
kara.karlson@azag.gov
linley.wilson@azag.gov
adminlaw@azag.gov

*Attorneys for Defendant*
*Arizona Secretary of State Katie Hobbs*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mi Familia Vota, *et al*, <br><br> Plaintiffs, <br><br> v. <br><br> Katie Hobbs, in her official capacity as Arizona Secretary of State, <br><br> Defendant. | No: CV-20-01903-PHX-SPL <br><br> **NOTICE OF SUPPLEMENTAL AUTHORITY** |

Arizona Secretary of State Katie Hobbs ("Secretary") respectfully submits this notice of the decision issued on October 5, 2020, by the United States Supreme Court in *Andino v. Middleton,* 592 U.S. ____ (2020) (Kavanaugh, J. concurring) (attached), which supports the arguments in the Secretary's response opposing Plaintiffs' emergency motion for temporary restraining order and preliminary injunction.

Specifically, the court stayed the injunction from the Fourth Circuit Court of Appeals, requiring that any ballots cast in the general election in South Carolina "may not be rejected for failing to comply with the witness requirement." *Id*. at 1. Justice Kavanaugh concurred in the decision, specifically citing *Purcell v. Gonzalez*, 549 U.S. 1, 4-5 (2006). Order at 2 ("By enjoining South Carolina's witness requirement shortly

before the election, the District Court defied that principle and this Court's precedents.") (citations omitted).

RESPECTFULLY SUBMITTED this 5th day of October, 2020.

/s/ Kara Karlson
Kara Karlson (029407)
Linley Wilson (027040)
2005 North Central Avenue
Phoenix, AZ  85004-1592
(602) 542-4951

*Attorneys for Defendant Arizona Secretary of State Katie Hobbs*