IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mi Familia Vota, et al., | No. CV-20-01903-PHX-SPL |
| Plaintiffs, | |
| vs. | **ORDER** |
| Katie Hobbs, | |
| Defendant. | |

Having reviewed Martin Lynch's Motion for Leave to Submit Amicus Brief (Doc. 31), the Court finds it would not be helpful in the resolution of this case. Therefore,

**IT IS ORDERED** that the Motion for Leave to Submit Amicus Brief (Doc. 31) is **denied**.

Dated this 5th day of October, 2020.

Honorable Steven P. Logan
United States District Judge