**STATECRAFT**
LAW · GOVERNMENT · CRISIS MANAGEMENT

649 North Fourth Avenue, First Floor
Phoenix, Arizona 85003
(602) 382-4078

Kory Langhofer, Ariz. Bar No. 024722
kory@statecraftlaw.com
Thomas Basile, Ariz. Bar. No. 031150
tom@statecraftlaw.com

*Attorneys for Intervenor-Defendants Republican National Committee and National Republican Senatorial Committee*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Mi Familia Vota; Arizona Coalition for Change; and Ulises Ventura,<br><br>Plaintiffs,<br><br>v.<br><br>Katie Hobbs,<br><br>Defendant,<br><br>and<br><br>Republican National Committee; and the National Republican Senatorial Committee,<br><br>Intervenor-Defendants. | No. 2:20-cv-01903-SPL<br><br>**NOTICE OF APPEAL** |

Notice is hereby given that Intervenor-Defendants Republican National Committee and National Republican Senatorial Committee hereby appeal to the United States Court of

1

Appeals for the Ninth Circuit from the order and judgment (Doc. 35) entered in this action on the 5th day of October, 2020.

DATED this 5th day of October, 2020.

STATECRAFT PLLC

By: /s/Thomas Basile
Kory Langhofer
Thomas Basile
649 North Fourth Avenue, First Floor
Phoenix, Arizona 85003

*Counsel for Intervenor-Defendants Republican National Committee and National Republican Senatorial Committee*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 5, 2020, I caused the foregoing document to be electronically transmitted to the Clerk's Office using the CM/ECF System for Filing, which will send notice of such filing to all registered CM/ECF users.

By: /s/Thomas Basile
Thomas Basile