Roopali H. Desai (024295)
D. Andrew Gaona (028414)
Kristen Yost (034052)
**COPPERSMITH BROCKELMAN PLC**
2800 North Central Avenue, Suite 1900
Phoenix, Arizona  85004
T:  (602) 381-5478
rdesai@cblawyers.com
agaona@cblawyers.com
kyost@cblawyers.com

*Attorneys for Defendant Arizona Secretary of State*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Mia Familia Vota, et al., | No. CV-20-01903-PHX-SPL |
| Plaintiffs, | |
| v. | **NOTICE OF APPEARANCE** |
| Katie Hobbs, in her official capacity as Arizona Secretary of State, | |
| Defendant. | |

NOTICE IS HEREBY GIVEN that Roopali H. Desai, D. Andrew Gaona and Kristen Yost of Coppersmith Brockelman PLC enter their appearance in this matter as counsel of record for Defendant Katie Hobbs.  Service of all correspondence, motions, orders, and other papers should be directed to:

    Roopali H. Desai
    D. Andrew Gaona
    Kristen Yost
    Coppersmith Brockelman PLC
    2800 North Central Avenue, Suite 1900
    Phoenix, Arizona 85004
    Telephone (602) 381-5478
    rdesai@cblawyers.com
    agaona@cblawyers.com
    kyost@cblawyers.com

{00517893.1 }

Respectfully submitted this 12th day of October, 2020.

**COPPERSMITH BROCKELMAN PLC**

By  s/ Roopali H. Desai
    Roopali H. Desai
    D. Andrew Gaona
    Kristen Yost

*Attorneys for Defendant Arizona Secretary of State Katie Hobbs*