```
 1   Roopali H. Desai (024295)
     D. Andrew Gaona (028414)
 2   Kristen Yost (034052)
     COPPERSMITH BROCKELMAN PLC
 3   2800 North Central Avenue, Suite 1900
     Phoenix, Arizona  85004
 4   T:  (602) 381-5478
     rdesai@cblawyers.com
 5   agaona@cblawyers.com
     kyost@cblawyers.com
 6
     Attorneys for Defendant Arizona Secretary of State
 7
```

### UNITED STATES DISTRICT COURT

### DISTRICT OF ARIZONA

| Mia Familia Vota, et al., | ) No. CV-20-01903-PHX-SPL |
|---|---|
| Plaintiffs, | ) |
| v. | ) **NOTICE OF APPEAL** |
| Katie Hobbs, in her official capacity as Arizona Secretary of State, | ) |
| Defendant. | ) |

Defendant Katie Hobbs, in her official capacity as Arizona Secretary of State, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the order and judgment entered in this action on October 5, 2020 (Dkt. 35).

RESPECTFULLY SUBMITTED this 12th day of October, 2020.

**COPPERSMITH BROCKELMAN PLC**

By  s/ Roopali H. Desai
    Roopali H. Desai
    D. Andrew Gaona
    Kristen Yost

*Attorneys for Defendant Arizona Secretary of State Katie Hobbs*

{00517894.1 }