**FILED**

FEB 2 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| MI FAMILIA VOTA; et al., | No. 20-16932 |
| Plaintiffs-Appellees, | D.C. No. 2:20-cv-01903-SPL<br>District of Arizona,<br>Phoenix |
| v. | |
| KATIE HOBBS, in her official capacity as Arizona Secretary of State, | ORDER |
| Defendant-Appellant, | |
| REPUBLICAN NATIONAL COMMITTEE; NATIONAL REPUBLICAN SENATORIAL COMMITTEE, | |
| Intervenor-Defendants-Appellants, | |
| STATE OF ARIZONA, | |
| Intervenor-Pending. | |
| MI FAMILIA VOTA; et al., | No. 20-17000 |
| Plaintiffs-Appellees, | D.C. No. 2:20-cv-01903-SPL |
| v. | |
| KATIE HOBBS, in her official capacity as Arizona Secretary of State, | |
| Defendant-Appellant, | |

LAB/MOATT

and

REPUBLICAN NATIONAL COMMITTEE; NATIONAL REPUBLICAN SENATORIAL COMMITTEE,

        Intervenor-Defendants.

The unopposed motions to voluntarily dismiss these appeals (Docket Entry Nos. 57 and 58 in No. 20-16932) are granted.  *See* Fed. R. App. P. 42(b).

All pending motions are denied as moot.

This order served on the district court shall act as and for the mandate of this court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Lior A. Brinn
Deputy Clerk
Ninth Circuit Rule 27-7